FILED
2020 Nov-23  AM 11:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

SANDRA LEE,
GUN OWNERS OF AMERICA, INC., and
GUN OWNERS FOUNDATION

        Plaintiffs,

vs.

Case No. **5:20-cv-632-LCB**

UNITED STATES JUSTICE
DEPARTMENT, *et al.*

        Defendants.

_____

### JOINT STIPULATION OF DISMISSAL OF COUNT FOUR WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the concurrence of all parties hereto, Plaintiffs Sandra Lee, Gun Owners of America, Inc., and Gun Owners Foundation dismiss Count Four of the above-captioned suit without prejudice.

| | |
|---|---|
| /s/ Reed Martz | /s/ Eric J Soskin |
| M. Reed Martz | Senior Trial Counsel |
| Freeland Martz, PLLC | Federal Programs Branch |
| 302 Enterprise Dr., Ste A | U.S. Department of Justice, Civil Division |
| Oxford, MS 38655 | 1100 L Street, NW Rm. 12002 |
| Phone: (662) 234-1711 | Washington, DC 20530 |
| reed@freelandmartz.com | Telephone: (202) 353-0533 |
| Alabama Bar No. MAR160 | Fax: (202) 616-8470 |
| Counsel for Plaintiffs | Email: Eric.Soskin@usdoj.gov |

_____
Sarah C. Blutter
Assistant United States Attorney
United States Attorney's Office — NDAL
State Bar No. 3276-v40e
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203
Tel: 205-244-2001
Fax: 205-244-2181
Sarah.Blutter@usdoj.gov