FILED

2021 Jun-11  PM 01:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **SANDRA LEE *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 5:20-cv-00632-LCB** |
| | ) | |
| **U.S. DEPARTMENT OF JUSTICE** *et al.*, | ) ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT APPENDIX OF ADMINISTRATIVE RECORD EXHIBITS RELIED
UPON BY THE PARTIES WITH RESPECT TO DISPOSITIVE MOTIONS**

Pursuant to the Court's Order of November 17, 2020 (Doc. 23), the parties

have jointly prepared this appendix containing copies of those portions of the

Administrative Record that are cited or otherwise relied upon in the memoranda in

support of or in opposition to the parties' pending dispositive motions.

| **Document** | **Date** | **Bates No.** |
|---|---|---|
| Letter from Alabama Attorney General Luther Strange to ATF's Firearms Industry Branch seeking NICS exemption status for Alabama's Concealed Carry Permit | Sept. 28, 2015 | ATF000001-000002 |
| Email FW: Open Letter to All Alabama Federal Firearms Licensees (draft) | Jan. 15, 2016 | ATF000003 |
| Open Letter to All Alabama Federal Firearms Licensees (FFLs) | Feb. 24, 2016 | ATF000004-000005 |

1

| | | |
|---|---|---|
| Letter from Michael McIntyre, Unit Chief, Criminal Justice Information Services Division, to Krissy Carlson, Division Chief, Firearms and Explosives Industry Division, results of the NICS Audit of Alabama | Sept. 11, 2017 | ATF000006-0000007 |
| Email Re: Alabama Permit to Carry and NICS | September 14, 2017 | ATF000008 |
| Emails RE: Alabama Permit to Carry and NICS | Sept. 25, 28, 2017 | ATF000016-0000020 |
| Email RE: Alabama Permit to Carry and NICS | Nov. 2, 2017 | ATF000021-0000026 |
| NICS Check Compliance for Alabama Sheriffs | None | ATF000027 |
| Email RE: Alabama Permit to Carry and NICS | Nov. 8, 2017 | ATF000028-000033 |
| Referral of Information to Chilton County Sheriff | August 8, 2016 | ATF000034 |
| Referral of Information to Montgomery County Sheriff, Ref. # 2017-0012 | Dec. 22, 2016 | ATF000035-000036 |
| Referral of Information to Montgomery County Sheriff | April 5, 2017 | ATF000037 |
| Referral of Information to Montgomery County Sheriff | May 24, 2017 | ATF000039 |
| Referral of Information to Lowndes County Sheriff | May 26, 2017 | ATF000041 |
| Email FW: List of Counties (with attachment: List of Counties that have *not* attended NICS Training) | Feb. 23, 2018 | ATF000043-000044 |
| Referral of Information to ATF-Enforcement Programs and Services Thru Deputy Assistant Director, Industry Operations Thru Director of Industry Operations, Nashville Field Division | June 6, 2018 | ATF000045 |
| ATF NICS check | None | ATF000056 |

2

| | | |
|---|---|---|
| Email FW: AL pistol permits – NICS checks not being conducted prior to issuance in Alabama | April 25, 2016 | ATF000062 |
| Exhibit 6 to Referral of Information to ATF Enforcement Programs and Services, Ref. # 2018-0017 (Email FW: AL pistol permits – NICS checks not being conducted prior to issuance in Alabama) | Apr. 25, 2016 | ATF000063 |
| Letter from Brett Harris, ATF Nashville Field Division | None | ATF000064 |
| Referral of Information to Luther Strange State of Alabama Attorney General | November 23, 2016 | ATF000065 |
| Email FW: Alabama Open Letter | Apr. 9, 2019 | ATF000102-000103 |
| Jefferson Co. (AL) Permit Application | None | ATF000104-000105 |
| Email FW: Referral – Alabama – Non-Compliant NICS exception | April 9, 2019 | ATF000118 |
| Email FW: Referral – Alabama – Non-Compliant NICS exception | Apr. 9, 2019 | ATF000151-000153 |
| Referral from ATF Headquarters to Montgomery County Sheriff, Reference # R-83 | Oct. 24, 2018 | ATF000180 |
| Referral from ATF Headquarters to Jefferson County Sheriff | December 13, 2018 | ATF000200 |
| Referral from ATF Headquarters to Russell County Sheriff, Reference # R-431 | Mar. 27, 2019 | ATF000218-000219 |
| ATF Form 4473 (R-431) | None | ATF000227-000229 |
| Referral of Information to Elmore County Sheriff | December 15, 2017 | ATF000280 |
| Referral of Information to Macon County Sheriff, Ref # 2018-0016 | Mar. 9, 2018 | ATF000282-000283 |

3

| | | |
|---|---|---|
| Referral of Information to Conecuh County Sheriff, Ref # 2018-0019 | Apr. 19, 2018 | ATF000286-000287 |
| Referral of Information to RAC Iversen, Ref # 2017-0001 | Nov. 3, 2016 | ATF000292-000293 |
| Referral of Information to CGIC Acting Supervisor Smith, Ref # 2018-0001 | Nov. 16, 2017 | ATF000303-000304 |
| ATF Form 4473 and copy of driver's license and pistol license (Ref # 2018-0001) | None | ATF000305-000308 |
| Email FW: Alabama NICS audit | Aug. 14, 2020 (original date Mar. 21, 2019) | ATF000327-000328 |
| Chart: Alabama NICS Audit, April 29-May 3, 2019, Preliminary EMAIL Replies | None | ATF000329-000330 |
| Email Re: Alabama NICS audit | Mar. 22, 2019 | ATF000337-000342 |
| Email FW: Alabama NICS audit | Apr. 3, 2019 | ATF000347-000352 |
| Email: Alabama Alternate Permits | April 10, 2019 | ATF 000353-000354 |
| Email: Letter to AL and FFL Open Letter re Alternative Permits | April 12, 2019 | ATF000361 |
| Email: Alabama NICS audit | April 18, 2019 | ATF000397 |
| Emails: Alabama NICS Alternative Status | April 26, 2019 | ATF000406-000411 |
| Email FW: Alabama Draft Letters | May 22, 2019 | ATF000433-000434 |
| "Letter to States with Permits that Appear to Qualify as Alternatives to NICS Checks," unsigned | None | ATF000619-000622 |

| | | |
|---|---|---|
| Briefing Paper – Permits that Qualify as Alternatives to a Background Check Under the Permanent Provisions of the Brady Law | None | ATF000623-000627 |
| Open Letter to All State Authorities Issuing Firearms Permits that Qualify as Alternatives to a NICS Check under the Permanent Provisions of the Brady Law | Jul. 23, 2002 | ATF000634-000637 |
| Talking Points: "Alabama NICS Alternate Permits" | None | ATF000674-000675 |
| Final, signed letter to Attorney General Steve Marshall | Jul. 22, 2019 | ATF000676-000678 |
| Final, signed Public Safety Advisory to All Alabama Federal Firearms Licensees | Jul. 22, 2019 | ATF000679-000680 |
| Email FW: Public Safety Advisory to Alabama Federal Firearms Licensees | Jul. 24, 2019 | ATF000681-000683 |
| Letter from Michael McIntyre, Unit Chief, Criminal Justice Information Services Division, to Marianna Mitchem, Acting Deputy Chief of Staff, results of the NICS Audit of Alabama | Feb. 21, 2020 | ATF000693-000700 |
| Brady Handgun Violence Prevention Act, H. Rep. No. 103-344 (excerpt) | 1993 | ATF000701-000702 |
| Public Law Number 103-159 | Nov. 30, 1993 | ATF000730-000740 |
| Notice of Proposed Rulemaking, 63 Fed. Reg. 8379 | Feb. 19, 1998 | ATF000741-000747 |
| Final Rule, 63 Fed. Reg. 58,272 | Oct. 29, 1998 | ATF000749-000758 |
| Memorandum to All Special Agents in Charge, All District Directors, All Assistant Chief Counsels, From Assistant Director (Firearms, Explosives & Arson) re: Implementation of Permanent Provisions of the Brady Law | Jun. 26, 1998 | ATF000759-000763 |

| | | |
|---|---|---|
| Memorandum to Acting Assistant General Counsel, From Chief Counsel re: Qualification of State Permits as Alternatives to NICS Check under the Brady Law | Oct. 8, 1998 | ATF000764-000772 |
| Guidance: Qualifying State NICS Alternate Permits | May 2018 | ATF000871-000876 |

Respectfully submitted,


/s/ *Reed Martz*  *
M. Reed Martz, AL Bar MAR160
Freeland Martz, PLLC
302 Enterprise Dr, Ste A
Oxford, MS 38655
Phone: (662) 234-1711
reed@freelandmartz.com
*Counsel for Plaintiffs*


BRIAN D. NETTER
Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

/s/ *Daniel Riess*
DANIEL RIESS (Texas Bar # 24037359)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 353-3098
Daniel.Riess@usdoj.gov

*Attorneys for Defendants*

6