FILED
2021 Jun-11 PM 01:02
U.S. DISTRICT COURT
N.D. OF ALABAMA



**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

**LUTHER STRANGE**
ATTORNEY GENERAL

501 WASHINGTON AVENUE
P.O. BOX 300152
MONTGOMERY, AL 36130-0152
(334) 242-7300
WWW.AGO.ALABAMA.GOV

September 28, 2015

Firearms Industry Programs Branch
Bureau of Alcohol, Tobacco, Firearms and Explosives
99 New York Avenue N.E
Washington, DC 20226

**Re:     *National Instant Criminal Background Check System exemption status***

To Whom It May Concern:

I am writing to request National Instant Criminal Background Check System (NICS) exemption status for Alabama. In an email dated August 21, 2015, Jeanne Miller provided my Office with information regarding the NICS alternative criteria enumerated in 18 U.S.C. § 922(t)(3) and BATFE's interpretation of such. Upon review, I believe that Alabama's concealed carry permitting requirements—provided in Alabama Code § 13A-11-75—satisfy the listed criteria. Below, please see our application of Alabama law to each of the requisite criterion that was provided.

> ***1.  "A full National Instant Criminal Background Check System (NICS) check must be conducted prior to issuance of a permit, including renewal"***
> Alabama Code § 13A-11-75(b) provides—in pertinent part—that, "Prior to issuance or renewal of a permit, the sheriff shall contact available local, state, and federal criminal history data banks, including the National Instant Criminal Background Check System, to determine whether possession of a firearm by an applicant would be a violation of state or federal law."

> ***2.  "The check must include the Immigration Alien Query (IAQ) for non-U.S. citizens; therefore, the applicant must submit the requisite information to run this check on or with the application, including place of birth, country of citizenship, and alien or admission number."***
> Alabama Code § 13A-11-75(d) provides: "If a person who is not a United States citizen applies for a permit under this section, the sheriff shall conduct an Immigration Alien Query through U.S. Immigration and Customs enforcement, or any successor agency, and the application form shall require information relating to the applicant's country of citizenship, place of birth, and any alien or admission

ATF000001

Firearms Industry Programs Branch
Bureau of Alcohol, Tobacco, Firearms and Explosives
September 28, 2015
Page 2

number issued by U.S. Immigration and Customs Enforcement, or any successor agency. The sheriff shall review the results of these inquiries before making a determination of whether to issue a permit or renewal permit. A person who is unlawfully present in this state may not be issued a permit under this section."

***3. "State law must provide that a permit will be denied to any person prohibited by federal law from possessing or receiving firearms."***
Alabama Code § 13A-11-75(a)(1)a.—in pertinent part—provides, "The sheriff of a county, upon application of any person residing in that county...shall issue or renew a permit for such person to carry a pistol in a vehicle or concealed on or about his or her person within this state...unless the sheriff determines that the person is prohibited from the possession of a pistol or firearm pursuant to state or federal law, or has a reasonable suspicion that the person may use a weapon unlawfully or in such a manner that would endanger the person's self or others." Furthermore, Alabama Code § 13A-11-75(a)(6) provides, "Nothing in this section shall be construed to permit a sheriff to disregard any federal law or regulation pertaining to the purchase or possession of a firearm."

***4. "A permit that qualifies as an alternative to the background check requirement can only be used for that purpose for five years from the date of issuance."***
Alabama Code § 13A-11-75(a)(1)a.—in pertinent part—provides, "The sheriff of a county, upon the application of any person residing in that county...shall issue or renew a permit for such person to carry a pistol in a vehicle or concealed on or about his or her person within this state for one to five year increments, as requested by the person seeking the permit, from the date of issue...."

For your convenience, copies of the email and statutes are enclosed. Thank you for your consideration of this matter.

Sincerely,

Luther Strange
Attorney General

LS:ch

Enclosure

ATF000002

**From:** Courtney, Edward C.
**Sent:** Friday, January 15, 2016 1:12:20 PM
**To:** Howell, David
**Subject:** FW: Open Letter to All Alabama Federal Firearms Licensees (draft)

For your awareness.  I know you have an open IQ workflow on this matter.

**From:** Miller, Jeanne E.
**Sent:** Friday, January 15, 2016 12:22 PM
**To:** Gilbert, Curtis W. ████████████        Carlson, Krissy Y. ████████████ ; Courtney, Edward C.
████████████
**Cc:** Martin, Todd ████████████      Lancaster, J. Patricia ████████████ ; Orlow, Barry S.
████████████     ; Suettinger, Mary H. ████████████
**Subject:** Open Letter to All Alabama Federal Firearms Licensees (draft)

All-

As you may be aware, the AL AG's Office has asked ATF to recognize its concealed carry permit as an alt. permit. Please find attached the draft open letter in response. Based on information provided, the statute was amended to comply with the requirements of 922(t) through a bill that became effective August 1, 2013 which is why that date is reflected in the letter.  I am going to call the AG's Office again this afternoon to confirm the terminology in the letter but wanted to go ahead and start circulating it because I know this is time sensitive.  Please let me know if you have any questions or wish to discuss further.

Jeanne

ATF000003



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

Washington, DC 20226
www.atf.gov  FEB 24 2016

## OPEN LETTER TO ALL ALABAMA FEDERAL FIREARMS LICENSEES

The purpose of this open letter is to advise you of an important change to the procedure you may follow to comply with the Brady Handgun Violence Prevention Act (Brady Act), 18 U.S.C. § 922(t), when transferring a firearm to an unlicensed person.

The permanent provisions of the Brady Act took effect on November 30, 1998. The Brady Act, codified at 18 U.S.C. § 922(t) generally requires Federal firearms licensees (FFLs) to initiate a National Instant Criminal Background Check System (NICS) background check before transferring a firearm to an unlicensed person. However, the Brady Act contains exceptions to the NICS check requirement, including an exception for holders of certain State permits to possess, carry, or acquire firearms. The law and implementing regulations provide that permits issued within the past 5 years may qualify as alternatives to the NICS check if certain other requirements are satisfied. Most importantly, the authority issuing the permit must conduct a NICS background check and must deny a permit to anyone prohibited from possessing firearms under Federal, State, or local law.

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) has reviewed Alabama's Permit to Carry Pistol in Vehicle or Concealed on Person and has determined that the permit qualifies as an alternative to the background check requirement. Please be advised that only permits issued pursuant to Alabama Code § 13A-11-75 on or after August 1, 2013, qualify as alternatives to the background check. If an unlicensed person presents a permit issued prior to August 1, 2013, the FFL must conduct a background check prior to transferring the firearm.

If you transfer a firearm to an unlicensed person pursuant to the permit alternative, you must comply with the following requirements:

1. Have the transferee complete and sign ATF Form 4473, Firearms Transaction Record.
2. Verify the identity of the transferee through a Government-issued photo identification (for example, a driver's license).
3. Verify that the permit was issued on or after August 1, 2013, and within the past 5 years by the State in which the transfer is to occur, and that the permit has not expired under State law.

ATF000004

-2-

4. Either retain a copy of the transferee's permit and attach it to the Form 4473, or record on the Form 4473 any identifying number from the permit, the date of issuance, and the expiration date of the permit.

If you have any questions about Alabama's Permit to Carry Pistol in Vehicle or Concealed on Person qualifying as an alternative to the NICS check, please call ATF's Firearms Industry Programs Branch at (202) 648-7190.

Marvin G. Richardson
Assistant Director
Enforcement Programs and Services

ATF000005



**U.S. Department of Justice**

Federal Bureau of Investigation

Clarksburg, WV  26306

September 11, 2017

Ms. Krissy Carlson
Division Chief
Firearms and Explosives Industry Division
Bureau of Alcohol, Tobacco, Firearms
  and Explosives
Room 5N600
99 New York Avenue, NE
Washington, DC  20226

Dear Ms. Carlson:

   I am writing to inform the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) of the results of the Federal Bureau of Investigation's Criminal Justice Information Services (CJIS) Division audit of the National Instant Criminal Background Check System (NICS) alternate permit process in Alabama.

   The Alabama Permit to Carry Pistol in Vehicle or Concealed on Person is recognized by the ATF as an "alternative" to a point of sale NICS check initiated by Federal Firearms Licensees (FFLs), pursuant to Title 18, United States Code (U.S.C.), Chapter 44, Section 922 (t)(3), for the purchase of a firearm within Alabama. The lead FBI CJIS auditor met with the Alabama Law Enforcement Agency staff members on February 5, 2016. Shortly after the onsite audit, an open letter dated February 24, 2016, from the ATF was issued to all FFLs that advised that Alabama's Permit to Carry Pistol in Vehicle or Concealed on Person became an alternative permit retroactive to August 1, 2013. Because the CJIS Division audit staff was unaware of the letter, only five counties were reviewed for misuse of the NICS system.

   As of June 22, 2016, only 45 of the 67 counties were conducting the required NICS background checks for issuing the alternative permits. As of August 3, 2017, only 54 of the 67 counties were conducting the required NICS background checks for issuing the alternative permits. It is also important to note that because the permit is now an alternative permit retroactive to August 1, 2013, the previously issued permits may not have had a NICS background check prior to issuing. Therefore, while not a finding during the audit, Alabama was strongly recommended to have each county be required to run the compulsory checks on all permits issued since August 1, 2013, and assurances should also be made that each county is currently conducting the required checks for each new or renewed permit issued. Alabama was notified that this compliance issue will be reviewed during the next audit cycle, approximately

ATF000006

Ms. Krissy Carlson

February of 2019.

      This information is being provided to assist the ATF in its assessment of Alabama's continued status as an alternate permit state. If you have any questions concerning this matter, please contact Mr. Michael D. McIntyre, Jr., at ███████████

               Sincerely yours,

               Christopher A. Nicholas
               Section Chief
               Law Enforcement Support Section
               Criminal Justice Information
                   Services Division

               By:
               Michael D. McIntyre Jr.
               Unit Chief

2

ATF000007

| | |
|---|---|
| **From:** | Mitchell, Maury |
| **To:** | Gilbert, Curtis W. |
| **Subject:** | RE: Alabama Permit to Carry and NICS |
| **Date:** | Thursday, September 14, 2017 5:07:00 PM |

Hello Curtis –

Just got the audit from our FBI friends. Thanks for reaching out to them. I had not been able to put my hands on it.

Let me get through it and, then, hopefully, get back with intelligent dialogue on my end!

Have a great day,
Maury

_____

**Maury Mitchell**
*Strategic Advisor/CSO State of Alabama*
**Alabama Law Enforcement Agency (ALEA)**
201 S Union St, Ste 300
Montgomery AL 36104
334-517-2411  Office
▮▮▮▮▮▮ Cell
▮▮▮▮▮▮ @alea.gov

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, September 14, 2017 2:53 PM
**To:** Mitchell, Maury ▮▮▮▮▮▮▮▮
**Subject:** Alabama Permit to Carry and NICS

Mr. Mitchell,

Thank you for speaking with me today regarding Alabama's recent NICS audit performed by the FBI. My contact information is below. I look forward to working with you to resolve the issues identified in the audit.

If there is anything I can assistant you with, please let me know. I will speak with you next week.

Best Regards,
Curtis

Curtis W. Gilbert
Deputy Assistant Director
Enforcement Programs & Services
202-648-▮▮▮  (Direct)
▮▮▮▮  (Cell)
▮▮▮▮ @atf.gov

ATF000008

| From: | Mitchell, Maury |
|---|---|
| To: | Gilbert, Curtis W. |
| Subject: | RE: Alabama Permit to Carry and NICS |
| Date: | Thursday, September 28, 2017 9:59:11 AM |

Good Morning, Curtis –

I briefly communicated with the state AGs office this morning. They want to have a deeper discussion this afternoon at which time we will determine who is the best person for you to move forward with in this matter. I'll let you know.

In the meantime, we (ALEA) has been reaching out to the sheriffs. It looks like there are now just 8 sheriffs who are not doing the checks. I'll hopefully have a more detailed understanding when we talk next.

Maury

_____

**Maury Mitchell**

**Alabama Law Enforcement Agency (ALEA)**

334-517-2411  Office

█████████  Cell

**From:** ████████████████████████████████
**Sent:** Monday, September 25, 2017 11:51 AM
**To:** Mitchell, Maury ████████████████████
**Subject:** RE: Alabama Permit to Carry and NICS

Thanks for your help.  I can wait until you can get to your notes.

Hope you had a great weekend,

Curtis

Curtis W. Gilbert
Deputy Assistant Director
Enforcement Programs & Services
202-648-████ (Direct)
████████████ (Cell)

**From:** Mitchell, Maury ████████████████████
**Sent:** Monday, September 25, 2017 12:49 PM
**To:** Gilbert, Curtis W. ████████████████
**Subject:** Re: Alabama Permit to Carry and NICS

Good Morning, Curtis -
He is no longer there, & actually works at the White House now. His former boss is probably the best

ATF000016

contact, but I can't remember his name. (I'm out today & don't have my notes)

If you need to speak with someone today, please contact Sandy McClure at ███████. This is the state Attorney General's executive assistant. I discussed this matter with her briefly on Friday. She can put you in touch w the right person.

Otherwise, I'll be glad to lay the groundwork in the morning & get my notes. Whoever Sandy told me about never called me back on Friday.

Have a great day!
Maury
-------------------------
Maury Mitchell
Alabama Law Enforcement Agency
███████ mobile
███████ office

Sent from my iPhone

On Sep 25, 2017, at 11:08 AM, ████████████████████████████████ wrote:

> Good Monday Maury,
>
> Thanks for the call on Friday.  I was going to speak with Brett Talley, Deputy Solicitor General, of Alabama's AG office, but you weren't sure if he was still there.  Were you able to confirm he is still in that position?
>
> Thanks
> Curtis
>
> From: Mitchell, Maury ███████████████
> Sent: Friday, September 22, 2017 10:59 AM
> To: Gilbert, Curtis W. ████████████
> Subject: RE: Alabama Permit to Carry and NICS
>
> Excellent. I'll be in my office and await your call.
>
> _____
> **Maury Mitchell**
> **Alabama Law Enforcement Agency (ALEA)**
> 334-517-2411  Office
> ███████ Cell
>
> From: ███████████████████████████████]
> Sent: Friday, September 22, 2017 9:58 AM

**To:** Mitchell, Maury ███████████████
**Subject:** Re: Alabama Permit to Carry and NICS

Sure.  Not a problem.

On Sep 22, 2017, at 10:51 AM, Mitchell, Maury ██████████████████ wrote:

> Could we split the difference? I've got a luncheon and not sure I'll be back by 1.
>
> Can we say 2:30 Eastern/1:30 Central?
> M
> _____
> **Maury Mitchell**
> **Alabama Law Enforcement Agency (ALEA)**
> 334-517-2411  Office
> ████████  Cell
>
> _____
>
> **From:** ███████████████████████████
> **Sent:** Friday, September 22, 2017 9:49 AM
> **To:** Mitchell, Maury ███████████████
> **Subject:** RE: Alabama Permit to Carry and NICS
>
> Forgot about the time-zone difference.  Does 1 PM Central time works for you?  If so that works for me.
>
>
>
> _____
>
> **From:** Mitchell, Maury ██████████████████
> **Sent:** Friday, September 22, 2017 10:38 AM
> **To:** Gilbert, Curtis W. ████████████████
> **Subject:** RE: Alabama Permit to Carry and NICS
>
> Is that 2 pm Alabama time?
>
>
> _____
> **Maury Mitchell**
> **Alabama Law Enforcement Agency (ALEA)**
> 334-517-2411  Office
> ████████  Cell
>
> _____
>
> **From:** ███████████████████████████
> **Sent:** Friday, September 22, 2017 9:26 AM
> **To:** Mitchell, Maury ███████████████
> **Subject:** RE: Alabama Permit to Carry and NICS

ATF000018

Good Morning Maury,

I have been off the last couple days.  Would this afternoon work to have a call?  Let's say 2?

Thanks
Curtis


Curtis W. Gilbert
Deputy Assistant Director
Enforcement Programs & Services
202-648-███ (Direct)
███████ (Cell)


**From:** Mitchell, Maury █████████████████
**Sent:** Wednesday, September 20, 2017 10:06 AM
**To:** Gilbert, Curtis W. ████████████
**Subject:** RE: Alabama Permit to Carry and NICS

Good Morning, Curtis –
I'm ready to discuss this at your convenience. I've done a little research and, at least, know enough now to speak somewhat intelligently.  Please call me when you have a moment. I'll be in my office almost full time for the rest of the week.
Thanks,
Maury

**Maury Mitchell**
*Strategic Advisor/CSO for Alabama*
**Alabama Law Enforcement Agency (ALEA)**
201 S Union St, Ste 300
Montgomery AL 36104
334-517-2411  Office
████████  Cell
███████@alea.gov

**From:** █████████████████████
**Sent:** Thursday, September 14, 2017 2:53 PM
**To:** Mitchell, Maury ████████████
**Subject:** Alabama Permit to Carry and NICS

Mr. Mitchell,

Thank you for speaking with me today regarding Alabama's recent NICS
audit performed by the FBI.  My contact information is below.  I look
forward to working with you to resolve the issues identified in the audit.

If there is anything I can assistant you with, please let me know.   I will
speak with you next week.

Best Regards,
Curtis

Curtis W. Gilbert
Deputy Assistant Director
Enforcement Programs & Services
202-648-        (Direct)
                (Cell)
        @atf.gov

**From:** Mitchell, Maury
**To:** Gilbert, Curtis W.
**Subject:** RE: Alabama Permit to Carry and NICS
**Date:** Thursday, November 2, 2017 10:08:15 AM
**Attachments:** AL Sheriffs NICS Compliance.xlsx

Hello Curtis –

We have had multiple discussions with President of the Sheriff's Association. He presented the issue to many (if not all) of the sheriffs on Tuesday. I have not been able to get ahold of him to get the response. Hopefully, today he will call me. As soon as I talk with him, I'll call you let you know where we stand.

I've attached a spreadsheet we put together for the sheriffs to let them know the lift that has to be done to comply and keep the waiver in place.

Thanks for your patience.
Maury

_____

**Maury Mitchell**
**Alabama Law Enforcement Agency (ALEA)**
334-517-2411  Office
                    Cell

**From:**
**Sent:** Wednesday, November 1, 2017 1:23 PM
**To:** Mitchell, Maury
**Subject:** Re: Alabama Permit to Carry and NICS

Hello Maury

Hope you had a great Halloween.

Just checking  in to get an update.

Thanks
Curtis

On Sep 28, 2017, at 9:59 AM, Mitchell, Maury                                    wrote:

> Good Morning, Curtis –
> I briefly communicated with the state AGs office this morning. They want to have a deeper discussion this afternoon at which time we will determine who is the best person for you to move forward with in this matter. I'll let you know.
>
> In the meantime, we (ALEA) has been reaching out to the sheriffs. It looks like there are now just 8 sheriffs who are not doing the checks. I'll hopefully have a more detailed

ATF000021

understanding when we talk next.
Maury

_____

**Maury Mitchell**
**Alabama Law Enforcement Agency (ALEA)**
334-517-2411  Office
███████████  Cell

---

**From:** ████████████████████████████████████████
**Sent:** Monday, September 25, 2017 11:51 AM
**To:** Mitchell, Maury ████████████████████████
**Subject:** RE: Alabama Permit to Carry and NICS

Thanks for your help.  I can wait until you can get to your notes.

Hope you had a great weekend,

Curtis

Curtis W. Gilbert
Deputy Assistant Director
Enforcement Programs & Services
202-648█████ (Direct)
███████████ (Cell)

---

**From:** Mitchell, Maury ████████████████████████
**Sent:** Monday, September 25, 2017 12:49 PM
**To:** Gilbert, Curtis W.████████████████████
**Subject:** Re: Alabama Permit to Carry and NICS

Good Morning, Curtis -
He is no longer there, & actually works at the White House now. His former boss is probably the best contact, but I can't remember his name. (I'm out today & don't have my notes)

If you need to speak with someone today, please contact Sandy McClure at ████████ ████ This is the state Attorney General's executive assistant. I discussed this matter with her briefly on Friday. She can put you in touch w the right person.

Otherwise, I'll be glad to lay the groundwork in the morning & get my notes. Whoever Sandy told me about never called me back on Friday.

Have a great day!
Maury

ATF000022

--------------------------

Maury Mitchell

Alabama Law Enforcement Agency

█████████  mobile

334.517.2411 office

Sent from my iPhone

On Sep 25, 2017, at 11:08 AM, ████████████████

███████████████████ wrote:

> Good Monday Maury,
>
> Thanks for the call on Friday.  I was going to speak with Brett Talley,
> Deputy Solicitor General, of Alabama's AG office, but you weren't sure if
> he was still there.  Were you able to confirm he is still in that position?
>
> Thanks
> Curtis

**From:** Mitchell, Maury █████████████████████

**Sent:** Friday, September 22, 2017 10:59 AM

**To:** Gilbert, Curtis W. ████████████████

**Subject:** RE: Alabama Permit to Carry and NICS

Excellent. I'll be in my office and await your call.

_____

**Maury Mitchell**

**Alabama Law Enforcement Agency (ALEA)**

334-517-2411  Office

█████████  Cell

**From:** ████████████████████████████

**Sent:** Friday, September 22, 2017 9:58 AM

**To:** Mitchell, Maury ████████████████

**Subject:** Re: Alabama Permit to Carry and NICS

Sure.  Not a problem.

On Sep 22, 2017, at 10:51 AM, Mitchell, Maury

███████████████████ wrote:

Could we split the difference? I've got a luncheon and not
sure I'll be back by 1.

ATF000023

Can we say 2:30 Eastern/1:30 Central?
M

_____

**Maury Mitchell**
**Alabama Law Enforcement Agency (ALEA)**
334-517-2411  Office
████████  Cell

---

**From:** ████████████████
████████████████
**Sent:** Friday, September 22, 2017 9:49 AM
**To:** Mitchell, Maury ████████████████
**Subject:** RE: Alabama Permit to Carry and NICS

Forgot about the time-zone difference.  Does 1 PM Central time works for you?  If so that works for me.

---

**From:** Mitchell, Maury ████████████████
**Sent:** Friday, September 22, 2017 10:38 AM
**To:** Gilbert, Curtis W. ████████████████
**Subject:** RE: Alabama Permit to Carry and NICS

Is that 2 pm Alabama time?

_____

**Maury Mitchell**
**Alabama Law Enforcement Agency (ALEA)**
334-517-2411  Office
████████  Cell

---

**From:** ████████████████
████████████████
**Sent:** Friday, September 22, 2017 9:26 AM
**To:** Mitchell, Maury ████████████████
**Subject:** RE: Alabama Permit to Carry and NICS

Good Morning Maury,

I have been off the last couple days.  Would this afternoon work to have a call?  Let's say 2?

Thanks

ATF000024

Curtis

Curtis W. Gilbert
Deputy Assistant Director
Enforcement Programs & Services
202-648-███ (Direct)
████████ (Cell)

**From:** Mitchell, Maury ████████████████████
**Sent:** Wednesday, September 20, 2017 10:06 AM
**To:** Gilbert, Curtis W. ████████████████
**Subject:** RE: Alabama Permit to Carry and NICS

Good Morning, Curtis –
I'm ready to discuss this at your convenience. I've done a little research and, at least, know enough now to speak somewhat intelligently.  Please call me when you have a moment. I'll be in my office almost full time for the rest of the week.
Thanks,
Maury

**Maury Mitchell**
*Strategic Advisor/CSO for Alabama*
**Alabama Law Enforcement Agency (ALEA)**
201 S Union St, Ste 300
Montgomery AL 36104
334-517-2411  Office
████████  Cell
████████l@alea.gov

**From:** ███████████████████
████████████████████
**Sent:** Thursday, September 14, 2017 2:53 PM
**To:** Mitchell, Maury ████████████████
**Subject:** Alabama Permit to Carry and NICS

Mr. Mitchell,

Thank you for speaking with me today regarding Alabama's recent NICS audit performed by the FBI.  My contact information is below.  I look forward to working with you to resolve the issues identified in the audit.

ATF000025

If there is anything I can assistant you with, please let me know.  I will speak with you next week.

Best Regards,
Curtis

Curtis W. Gilbert
Deputy Assistant Director
Enforcement Programs & Services
202-648      (Direct)
       (Cell)
      @atf.gov

ATF000026

# NICS Check Compliance for Alabama Sheriffs

**NOTE: Some sheriffs may now be in compliance since the 2016 audit**

| Totals | |
|---|---|
| Performing NICS for Pistol Permit | 45 |
| Not Using NICS prior to Issuance of Permit | 22 |
| Need Training | 17 |

| County | Attended NICS Training | Not Attended NICS Training | 2016 Audit Submitting NICS |
|---|---|---|---|
| Autauga | 2/10/2017 | | Yes |
| Baldwin | 2/27/2017 | | Yes |
| Barbour | 6/20/2017 | | No |
| Bibb | | X | Yes |
| Blount | 3/27/2017 | | Yes |
| Bullock | | X | No |
| Butler | | X | No |
| Calhoun | 2/10/2017 | | Yes |
| Chambers | 1/30/2017 | | No |
| Cherokee | 3/13/2017 | | No |
| Chilton | 2/27/2017 | | No |
| Choctaw | 6/20/2017 | | Yes |
| Clarke | | X | No |
| Clay | 3/13/2017 | | Yes |
| Cleburne | | X | Yes |
| Coffee | 5/22/2017 | | Yes |
| Colbert | 3/27/2017 | | Yes |
| Conecuh | 5/22/2017 | | Yes |
| Coosa | 1/30/2017 | | Yes |
| Covington | 5/22/2017 | | Yes |
| Crenshaw | 6/20/2017 | | Yes |
| Cullman | | X | Yes |
| Dale | 2/27/2017 | | Yes |
| Dallas | 8/28/2017 | | Yes |
| DeKalb | | X | Yes |
| Elmore | 5/1/2017 | | No |
| Escambia | 5/8/2017 | | Yes |
| Etowah | 3/13/2017 | | Yes |
| Fayette | | X | No |
| Franklin | 3/27/2017 | | Yes |
| Geneva | 5/22/2017 | | Yes |
| Greene | 4/17/2017 | | No |
| Hale | 4/17/2017 | | Yes |
| Henry | 5/22/2017 | | No |
| Houston | 2/27/2017 | | Yes |
| Jackson | 3/13/2017 | | Yes |
| Jefferson | 2/10/2017 | | Yes |
| Lamar | | X | No |
| Lauderdale | 3/27/2017 | | Yes |
| Lawrence | | X | No |
| Lee | 1/30/2017 | | No |
| Limestone | | X | Yes |
| Lowndes | 2/27/2017 | | Yes |
| Macon | 1/30/2017 | | Yes |
| Madison | 3/27/2017 | | Yes |
| Marengo | 6/20/2017 | | No |
| Marion | | X | Yes |
| Marshall | 3/27/2017 | | No |
| Mobile | 5/8/2017 | | Yes |
| Monroe | | X | Yes |
| Montgomery | 2/27/2017 | | Yes |
| Morgan | 3/27/2017 | | No |
| Perry | 5/1/2017 | | No |
| Pickens | 4/17/2017 | | Yes |
| Pike | 5/22/2017 | | Yes |
| Randolph | | X | No |
| Russell | 1/30/2017 | | Yes |
| Shelby | 2/10/2017 | | Yes |
| St. Clair | 2/10/2017 | | Yes |
| Sumter | 8/28/2017 | | No |
| Talladega | 2/10/2017 | | Yes |
| Tallapoosa | | X | Yes |
| Tuscaloosa | 4/17/2017 | | Yes |
| Walker | 2/27/2017 | | Yes |
| Washington | | X | Yes |
| Wilcox | * | X | No |
| Winston | 3/27/2017 | | No |

NOTE

**\*Wilcox Co SO is scheduled for training on 11/13/17**

ATF000027

| | |
|---|---|
| **From:** | Mitchell, Maury |
| **To:** | Gilbert, Curtis W. |
| **Subject:** | RE: Alabama Permit to Carry and NICS |
| **Date:** | Wednesday, November 8, 2017 5:17:11 PM |

Hello Curtis –

Yesterday, I finally got ahold of the Sheriff Wally Olsen - the president of the Sheriff's Association. He began calling all sheriffs personally today who we think are not actively using NICS to screen pistol permits. I've told him clearly that we have to have strong assurances from ALL sheriffs that not only will they perform the NICS checks, but that they must retroactively perform checks on every currently valid pistol permit. He is supposed to get back with me by Monday (and maybe tomorrow). I'll call you as soon as I hear from him.

Maury

_____

**Maury Mitchell**
**Alabama Law Enforcement Agency (ALEA)**
334-517-2411  Office
█████████ Cell

**From:** Mitchell, Maury
**Sent:** Thursday, November 2, 2017 9:06 AM
**To:** ████████████████████████████████████
**Subject:** RE: Alabama Permit to Carry and NICS

Hello Curtis –
We have had multiple discussions with President of the Sheriff's Association. He presented the issue to many (if not all) of the sheriffs on Tuesday. I have not been able to get ahold of him to get the response. Hopefully, today he will call me. As soon as I talk with him, I'll call you let you know where we stand.

I've attached a spreadsheet we put together for the sheriffs to let them know the lift that has to be done to comply and keep the waiver in place.

Thanks for your patience.
Maury

_____

**Maury Mitchell**
**Alabama Law Enforcement Agency (ALEA)**
334-517-2411  Office
█████████ Cell

**From:** ████████████████████████████████
**Sent:** Wednesday, November 1, 2017 1:23 PM
**To:** Mitchell, Maury ████████████████████

ATF000028

**Subject:** Re: Alabama Permit to Carry and NICS

Hello Maury

Hope you had a great Halloween.

Just checking in to get an update.

Thanks
Curtis


On Sep 28, 2017, at 9:59 AM, Mitchell, Maury ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:

> Good Morning, Curtis –
> I briefly communicated with the state AGs office this morning. They want to have a
> deeper discussion this afternoon at which time we will determine who is the best
> person for you to move forward with in this matter. I'll let you know.
>
> In the meantime, we (ALEA) has been reaching out to the sheriffs. It looks like there are
> now just 8 sheriffs who are not doing the checks. I'll hopefully have a more detailed
> understanding when we talk next.
> Maury
>
> _____
>
> **Maury Mitchell**
> **Alabama Law Enforcement Agency (ALEA)**
> 334-517-2411  Office
> ▓▓▓▓▓▓▓▓  Cell
>
> **From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> **Sent:** Monday, September 25, 2017 11:51 AM
> **To:** Mitchell, Maury ▓▓▓▓▓▓▓▓▓▓▓▓▓
> **Subject:** RE: Alabama Permit to Carry and NICS
>
> Thanks for your help. I can wait until you can get to your notes.
>
> Hope you had a great weekend,
>
> Curtis
>
> Curtis W. Gilbert
> Deputy Assistant Director
> Enforcement Programs & Services
> 202-648-▓▓▓  (Direct)
> ▓▓▓▓▓▓▓  (Cell)

ATF000029

**From:** Mitchell, Maury ███████████████████████
**Sent:** Monday, September 25, 2017 12:49 PM
**To:** Gilbert, Curtis W. ██████████████████
**Subject:** Re: Alabama Permit to Carry and NICS

Good Morning, Curtis -
He is no longer there, & actually works at the White House now. His former boss is probably the best contact, but I can't remember his name. (I'm out today & don't have my notes)

If you need to speak with someone today, please contact Sandy McClure at ██████████ This is the state Attorney General's executive assistant. I discussed this matter with her briefly on Friday. She can put you in touch w the right person.

Otherwise, I'll be glad to lay the groundwork in the morning & get my notes. Whoever Sandy told me about never called me back on Friday.

Have a great day!
Maury
-------------------------
Maury Mitchell
Alabama Law Enforcement Agency
████████████  mobile
334.517.2411 office

Sent from my iPhone

On Sep 25, 2017, at 11:08 AM, '███████████████████ ████████████████████ wrote:

> Good Monday Maury,
>
> Thanks for the call on Friday.  I was going to speak with Brett Talley, Deputy Solicitor General, of Alabama's AG office, but you weren't sure if he was still there.  Were you able to confirm he is still in that position?
>
> Thanks
> Curtis
>
> _____
>
> **From:** Mitchell, Maury ████████████████████████
> **Sent:** Friday, September 22, 2017 10:59 AM
> **To:** Gilbert, Curtis W.███████████████████
> **Subject:** RE: Alabama Permit to Carry and NICS

ATF000030

Excellent. I'll be in my office and await your call.

_____

**Maury Mitchell**
**Alabama Law Enforcement Agency (ALEA)**
334-517-2411  Office
██████████  Cell

**From:** ███████████████████████████
**Sent:** Friday, September 22, 2017 9:58 AM
**To:** Mitchell, Maury ██████████████████
**Subject:** Re: Alabama Permit to Carry and NICS

Sure.  Not a problem.

On Sep 22, 2017, at 10:51 AM, Mitchell, Maury
█████████████████████wrote:

> Could we split the difference? I've got a luncheon and not
> sure I'll be back by 1.
>
> Can we say 2:30 Eastern/1:30 Central?
> M
>
> _____
> **Maury Mitchell**
> **Alabama Law Enforcement Agency (ALEA)**
> 334-517-2411  Office
> ██████████  Cell
>
> **From:** ███████████████████
> ████████████████████████
> **Sent:** Friday, September 22, 2017 9:49 AM
> **To:** Mitchell, Maury ████████████████████
> **Subject:** RE: Alabama Permit to Carry and NICS
>
> Forgot about the time-zone difference.  Does 1 PM Central
> time works for you?  If so that works for me.
>
>
> **From:** Mitchell, Maury ██████████████████████
> **Sent:** Friday, September 22, 2017 10:38 AM
> **To:** Gilbert, Curtis W. ██████████████████
> **Subject:** RE: Alabama Permit to Carry and NICS

ATF000031

Is that 2 pm Alabama time?

---

**Maury Mitchell**
**Alabama Law Enforcement Agency (ALEA)**
334-517-2411  Office
█████████  Cell

---

**From:** ████████████████████
████████████████████
**Sent:** Friday, September 22, 2017 9:26 AM
**To:** Mitchell, Maury ████████████████
**Subject:** RE: Alabama Permit to Carry and NICS

Good Morning Maury,

I have been off the last couple days.  Would this afternoon work to have a call?  Let's say 2?

Thanks
Curtis



Curtis W. Gilbert
Deputy Assistant Director
Enforcement Programs & Services
202-648-████ (Direct)
████████ (Cell)

---

**From:** Mitchell, Maury ████████████████████
**Sent:** Wednesday, September 20, 2017 10:06 AM
**To:** Gilbert, Curtis W. ████████████████
**Subject:** RE: Alabama Permit to Carry and NICS

Good Morning, Curtis —
I'm ready to discuss this at your convenience. I've done a little research and, at least, know enough now to speak somewhat intelligently.  Please call me when you have a moment. I'll be in my office almost full time for the rest of the week.
Thanks,
Maury

---

ATF000032

**Maury Mitchell**
*Strategic Advisor/CSO for Alabama*
**Alabama Law Enforcement Agency (ALEA)**
201 S Union St, Ste 300
Montgomery AL 36104
334-517-2411  Office
██████████  Cell
██████████@alea.gov

**From:** ████████████████████
████████████████████
**Sent:** Thursday, September 14, 2017 2:53 PM
**To:** Mitchell, Maury ████████████████████
**Subject:** Alabama Permit to Carry and NICS

Mr. Mitchell,

Thank you for speaking with me today regarding Alabama's recent NICS audit performed by the FBI.  My contact information is below.  I look forward to working with you to resolve the issues identified in the audit.

If there is anything I can assistant you with, please let me know.   I will speak with you next week.

Best Regards,
Curtis

Curtis W. Gilbert
Deputy Assistant Director
Enforcement Programs & Services
202-648-████  (Direct)
██████████ (Cell)
██████████@atf.gov

ATF000033

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Referral of Information

## PART I - REFERRAL

| 1. TO: (Title, agency and address) | REFERRAL NO. (Optional) |
|---|---|
| John SHEARON<br>Sheriff<br>Chilton County<br>500 2nd Ave N<br>clanton, AL 35045 | 2016-0040 |
| | 2a. DATE  08/08/2016 |
| | 2b. UI<br>776085-2016-0001 |

The following information and attachment (Check applicable box) ☐ are sent to you as requested, ☒ are referred to you for consideration as potential criminal or civil violations coming under your jurisdiction.

COMPLETE FOR REFERRALS OR REQUESTS OUTSIDE ATF - This Referral (Check applicable box) ☐DOES ☒DOES NOT contain confidential returns or return information under 26 U.S.C. 6103.

COMPLETE IF APPLICABLE: This is a confirmation of a referral made (Check applicable box) ☐by telephone ☐in person on 08/08/2016

3. NAME(S) OF PRINCIPALS INVOLVED IN POSSIBLE VIOLATION

███████████████

4. STATUTE(S) POSSIBLY VIOLATED

13A-11-72(a)          Certain persons prohibited from possessing firearms.
████████████████████████████████████████████ is a prohibited person and was issued a
concealed carry pistol permit ███████████████████ by the Chilton County Alabama Sheriff's Department.

5. FEDERAL LICENSES AND/OR PERMITS HELD (Type and number)

| 6. ATF OFFICER UNCOVERING POTENTIAL VIOLATION | 7. POST OF DUTY |
|---|---|
| Greg GRIFFIN | Mobile II (IO) Field Office |

8. SUMMARY OF SIGNIFICANT FACTS AND/OR EXPLANATION OR DESCRIPTION OF ATTACHMENT (Continue on a separate sheet, if necessary.)

This information is being forwarded for further investigation and as a reminder that Alabama State Law requires the issuing authority to conduct a NICS check through the FBI prior to issuing/renewing a concealed carry pistol permit.

████████████████████████████████ is a prohibited person and has been denied by NICS on numerous occasions. ████████ the Chilton County Alabama Sheriff's Department issued ██████████ a concealed carry pistol permi████████████ without conducting a National Instant Criminal background Check (N.I.C.S.) as required by Alabama State Code 13A-11-75(b) ██████████ attempted to purchase ██████████████████████████ but a NICS check was performed. N ICS denied the purchase.

9. ATF OFFICIAL APPROVING REFERRAL  (Signature)
Natalie Weitzman

| 10. TITLE AND ADDRESS | 11. TELEPHONE NO. |
|---|---|
| Area Supervisor<br>#1530<br>1325 J Street<br>Sacramento, CA 95814 | (916) 498-5095 |

## PART II - RESPONSE (See Instruction 4.)

| 1. THE REFERRAL ABOVE IS ☐ACCEPTED ☐REJECTED (Explain below) ☒OTHER (Explain below) | 2. DATE | 08/11/2016 |
|---|---|---|

3. ACTION PLANNED OR TAKEN AND COMMENTS (Continue on a separate sheet, if necessary.)

On 8/11/16, Acting Supervisor Hanne forwarded Referral of Information to Montgomery CE for further investigation.

| 4. SIGNATURE | 5. TITLE OF OFFICIAL | |
|---|---|---|
| John SHEARON | Sheriff | |
| 6. ADDRESS<br>500 2nd Ave N  Clanton, AL 35045 | | 7. TELEPHONE NO. |

COMPLETE FOR REFERRALS WITHIN ATF:  THIS RESPONSE IS ☐INTERIM ☐FINAL

ATF  EF 5000.21 For Official Use Only

ATF000034 Page 1 of 1

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Referral of Information

## PART I - REFERRAL

| 1. TO: *(Title, agency and address)* | REFERRAL NO. *(Optional)* |
|---|---|
| Derrick CUNNINGHAM<br>Sheriff<br>Montgomery County AL Sheriff's Dept<br>115 S. Perry St.<br>Montgomery, AL 36104 | 2017-0012 |
| | 2a. DATE   12/22/2016 |
| | 2b. UI<br>776085-2017-0001 |

The following information and attachment *(Check applicable box)* ☐ are sent to you as requested, ☒ are referred to you for consideration as potential criminal or civil violations coming under your jurisdiction.

COMPLETE FOR REFERRALS OR REQUESTS OUTSIDE ATF - This Referral *(Check applicable box)* ☐ DOES ☒ DOES NOT contain confidential returns or return information under 26 U.S.C. 6103.

COMPLETE IF APPLICABLE: This is a confirmation of a referral made *(Check applicable box)* ☐ by telephone ☐ in person on 12/21/2016

**3. NAME(S) OF PRINCIPALS INVOLVED IN POSSIBLE VIOLATION**

███████

**4. STATUTE(S) POSSIBLY VIOLATED**
T13A-11-75(a)(6)(b) Code of AL      Person who is prohibited from possessing firearms cannot possess an Alabama Concealed Carry Pistol Permit

**5. FEDERAL LICENSES AND/OR PERMITS HELD** *(Type and number)*

| 6. ATF OFFICER UNCOVERING POTENTIAL VIOLATION<br>Greg GRIFFIN | 7. POST OF DUTY<br>Mobile II (IO) Field Office |
|---|---|

**8. SUMMARY OF SIGNIFICANT FACTS AND/OR EXPLANATION OR DESCRIPTION OF ATTACHMENT** *(Continue on a separate sheet, if necessary.)*

On Monday 12/19/2016 ATF Senior Industry Operations Investigator Greg Griffin was notified by █████████████████████████ had attempted to purchase 2 handguns. ████████ employee noticed that ███ Alabama Driver's License had "SEX OFFENDER" written across the top, but ███ wanted to by-pass the NICS check by using his Montgomery County Alabama Concealed Carry Pistol Permit.

A Check with the Alabama Sex Offender Registry, a public database maintained and controlled by the Alabama Law Enforcement Agency (ALEA) at https://app.alea.gov/Community/wfSexOffenderSearch.aspx, revealed that ███ was convicted of Rape 2nd degree ██████████. Investigator Griffin contacted the Montgomery County Alabama Sheriff's Department and confirmed ███████ does have a current Concealed Carry Pistol Permit.

As you are aware, Alabama Criminal Code T13A-11-75(a)(6)(b) requires that before a pistol permit be issued or renewed, criminal history checks, including a check of the FBI's National Instant Background Check System (NICS) must be performed. Since Alabama Permits can be issued for a period of 5 years it is probable that this permit was issued prior to ███ conviction.

This notification is simply an advisory that if a NICS check were performed now on ██████, he probably would not be qualified to obtain a pistol permit in the state of Alabama.

Identifiers; ███████████████████████ d.o.b. ██████████ ; address; ████████████████████████,
████████

**9. ATF OFFICIAL APPROVING REFERRAL** *(Signature)*
Natalie Weitzman

| 10. TITLE AND ADDRESS<br>Area Supervisor<br>#1530<br>1325 J Street<br>Sacramento, CA 95814 | 11. TELEPHONE NO.<br>(916) 498-5095 |
|---|---|

## PART II - RESPONSE *(See Instruction 4.)*

| 1. THE REFERRAL ABOVE IS ☐ ACCEPTED ☐ REJECTED *(Explain below)* ☐ OTHER *(Explain below)* | 2. DATE |
|---|---|

**3. ACTION PLANNED OR TAKEN AND COMMENTS** *(Continue on a separate sheet, if necessary.)*

ATF  EF 5000.21 For Official Use Only

ATF000035
Page 1 of 2

| 4. SIGNATURE | 5. TITLE OF OFFICIAL |
|---|---|

| 6. ADDRESS<br><br>  , | 7. TELEPHONE NO. |
|---|---|

COMPLETE FOR REFERRALS WITHIN ATF:  THIS RESPONSE IS ☐INTERIM ☐FINAL

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Referral of Information

## PART I - REFERRAL

| | |
|---|---|
| 1. TO: *(Title, agency and address)*<br>Derrick CUNNINGHAM<br>Sheriff<br>Montgomery County AL Sheriff's Dept<br>Montgomery Co. Court House<br>115 South Perry St.<br>Montgomery, AL 36104 | REFERRAL NO. *(Optional)*<br>2017-0028<br><br>2a. DATE   04/05/2017<br><br>2b. UI<br>776085-2017-0034 |

The following information and attachment *(Check applicable box)* ☐ are sent to you as requested, ☒ are referred to you for consideration as potential criminal or civil violations coming under your jurisdiction.

COMPLETE FOR REFERRALS OR REQUESTS OUTSIDE ATF - This Referral *(Check applicable box)* ☐ DOES ☒ DOES NOT contain confidential returns or return information under 26 U.S.C. 6103.

COMPLETE IF APPLICABLE: This is a confirmation of a referral made *(Check applicable box)* ☐ by telephone ☐ in person on 04/05/2017

**3. NAME(S) OF PRINCIPALS INVOLVED IN POSSIBLE VIOLATION**

**4. STATUTE(S) POSSIBLY VIOLATED**
13A-11-70 Alabama Criminal Cod     Possessing a concealed Carry Permit while Proh bited

**5. FEDERAL LICENSES AND/OR PERMITS HELD** *(Type and number)*

| 6. ATF OFFICER UNCOVERING POTENTIAL VIOLATION<br>Greg GRIFFIN | 7. POST OF DUTY<br>Mobile II (IO) Field Office |
|---|---|

**8. SUMMARY OF SIGNIFICANT FACTS AND/OR EXPLANATION OR DESCRIPTION OF ATTACHMENT** *(Continue on a separate sheet, if necessary.)*

This is considered a conviction of Misdemeanor Crime of Domestic Violence (MCDV) █████, a Concealed Carry Pistol Permit (CCP) was issued to ███████, by the Montgomery County Alabama Sheriff's Department ████████████████████ attempted to purchase ████████████████████ The sales clerk saw "CONVICTED SEX OFFENDER" stamped on his Alabama driver's license and refused to sell the gun using his pistol permit in lieu of a NICS check and contacted NICS. ████████
The response from NICS was "DENIED" due to ██████ having been convicted of a crime of domestic violence (MCDV)

This referral is for the Division Legal Unit to draft a letter to the Montgomery County Sheriff to inform him that ██████ does have a CCP and is attempting to purchase firearms with the CCP in lieu of NICS checks.

see attachments for AL DL
copy of ATF Form 4473
AL Sex Offender Registry
NICS denial

**9. ATF OFFICIAL APPROVING REFERRAL** *(Signature)*

| 10. TITLE AND ADDRESS | 11. TELEPHONE NO. |
|---|---|

## PART II - RESPONSE *(See Instruction 4.)*

| 1. THE REFERRAL ABOVE IS ☐ ACCEPTED ☐ REJECTED *(Explain below)* ☒ OTHER *(Explain below)* | 2. DATE   04/06/2017 |
|---|---|

**3. ACTION PLANNED OR TAKEN AND COMMENTS** *(Continue on a separate sheet, if necessary.)*

ATF  EF 5000.21 For Official Use Only

ATF000037  Page 1 of 2

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Referral of Information

### PART I - REFERRAL

| 1. TO: (Title, agency and address) | |
|---|---|
| Derrick CUNNINGHAM<br>Sheriff<br>Montgomery County (AL) Sheriff's Department<br>115 South Perry St.<br>Montgomery, AL 36104 | REFERRAL NO. (Optional)<br>2017-0030 |
| | 2a. DATE  05/24/2017 |
| | 2b. UI<br>776085-2017-0001 |

The following information and attachment (Check applicable box) ☐ are sent to you as requested, ☒ are referred to you for consideration as potential criminal or civil violations coming under your jurisdiction.

COMPLETE FOR REFERRALS OR REQUESTS OUTSIDE ATF - This Referral (Check applicable box) ☐ DOES ☒ DOES NOT contain confidential returns or return information under 26 U.S.C. 6103.

COMPLETE IF APPLICABLE: This is a confirmation of a referral made (Check applicable box) ☐ by telephone ☐ in person on 05/24/2017

**3. NAME(S) OF PRINCIPALS INVOLVED IN POSSIBLE VIOLATION**

████████

**4. STATUTE(S) POSSIBLY VIOLATED**

| 13A-11-81 | Providing False Information in Obtaining a Concealed Carry pistol Permit. |
|---|---|
| 13A-11-58.1 | Providing False Information to a Licensed Firearms Dealer |

**5. FEDERAL LICENSES AND/OR PERMITS HELD** (Type and number)

| 6. ATF OFFICER UNCOVERING POTENTIAL VIOLATION | 7. POST OF DUTY |
|---|---|
| Greg GRIFFIN | Mobile II (IO) Field Office |

**8. SUMMARY OF SIGNIFICANT FACTS AND/OR EXPLANATION OR DESCRIPTION OF ATTACHMENT** (Continue on a separate sheet, if necessary.)

ATF SIOI Greg Griffin ████████ was a prohibited person, had obtained a pistol and a concealed carry pistol permit. ████████ plead guilty to ████████ (felony) ████████

████████ purchased a ████████ The NICS response was "proceed" (Exhibit #2)

████████ and received a "delayed" response from NICS. ████████, NICS contacted ████████ and advised that the final response from NICS was "DENIED". (Exhibit #3)

████████ he stated that he had been convicted of a felony and served time in prison but could not understand why he had been proceeded on ████████ and had received a concealed carry pistol permit (CCP).

On 05/02/2017, SIOI Griffin contacted the Montgomery County (AL) Sheriff's Department Pistol Permit Division and was advised tha ████ had a current CCP. ████████

On 05/24/2017, SIOI Griffin obtained the court records from AlaCourt showing ████ court records for his felony arrest, indictment, conviction, sentence and probation ████████ ████████

████████

████ AL driver's license information is attached. (Exhibit #4)

This information has been discussed with Montgomery Police Detective/ATF Task Force Officer Antonio Goins.

ATF  EF 5000.21 For Official Use Only

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Referral of Information

## PART I - REFERRAL

| 1. TO: *(Title, agency and address)* | REFERRAL NO. *(Optional)* |
|---|---|
| John WILLIAMS<br>Sheriff<br>Lowndes County Sheriff's Dept.<br>653 AL Hwy 21 S.<br>Hayneville, AL 36040 | 2017-0031 |

2a. DATE   05/26/2017

2b. UI
776085-2017-0001

The following information and attachment *(Check applicable box)* ☐ are sent to you as requested, ☒ are referred to you for consideration as potential criminal or civil violations coming under your jurisdiction.

COMPLETE FOR REFERRALS OR REQUESTS OUTSIDE ATF - This Referral *(Check applicable box)* ☐ DOES ☒ DOES NOT contain confidential returns or return information under 26 U.S.C. 6103.

COMPLETE IF APPLICABLE: This is a confirmation of a referral made *(Check applicable box)* ☐ by telephone ☐ in person on 05/26/2017

3. NAME(S) OF PRINCIPALS INVOLVED IN POSSIBLE VIOLATION
███████ ████████████

4. STATUTE(S) POSSIBLY VIOLATED
13A-11-81           Providing False Information in Applying for a Concealed Carry Pistol Permit

5. FEDERAL LICENSES AND/OR PERMITS HELD *(Type and number)*

| 6. ATF OFFICER UNCOVERING POTENTIAL VIOLATION | 7. POST OF DUTY |
|---|---|
| Greg GRIFFIN | Mobile II (IO) Field Office |

8. SUMMARY OF SIGNIFICANT FACTS AND/OR EXPLANATION OR DESCRIPTION OF ATTACHMENT *(Continue on a separate sheet, if necessary.)*

████████ ████ ███████ was convicted in Cobb County GA for ████████████████████████████, a felony. ████████████████

███████████████ attempted to purchase a firearm (long gun) at ██████████████████ but was denied. ██████████████████████

████████████████████ was denied twice, once for attempting to redeem a pawned handgun and again for attempting to purchase a handgun at ████████████████████████
All of the denials were for being a convicted felon.

████████████, ATF SIOI Greg Griffin contacted the Lowndes County Sheriff's Dept. and ascertained that ████████ has a current concealed carry pistol permit (CCP), ████████████████.

This information has been discussed/forwarded to ATF RAC Jennifer Rudden-Conway of the Montgomery, AL Field Office and Montgomery Police Detective/ATF Task Force Officer Antonio Goins.

9. ATF OFFICIAL APPROVING REFERRAL  *(Signature)*
Austin PENCE

| 10. TITLE AND ADDRESS | 11. TELEPHONE NO. |
|---|---|
| Area Supervisor<br>Suite 3350<br>41 W. Interstate 65 Service Rd.<br>Mobile, AL 36608 | (251) 760-8500 |

## PART II - RESPONSE *(See Instruction 4.)*

| 1. THE REFERRAL ABOVE IS ☐ ACCEPTED ☐ REJECTED *(Explain below)* ☒ OTHER *(Explain below)* | 2. DATE   06/07/1700 |
|---|---|

3. ACTION PLANNED OR TAKEN AND COMMENTS  *(Continue on a separate sheet, if necessary.)*

Case submitted to INTEL on 6/2/17. General Case opened on subject by CE, case# ████████████ and closed ████████.
████████████████████████████████████████

ATF  EF 5000.21 For Official Use Only

| | |
|---|---|
| **From:** | Mitchell, Maury |
| **To:** | Gilbert, Curtis W. |
| **Subject:** | FW: List of Counties |
| **Date:** | Friday, February 23, 2018 5:08:39 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | List of Counties that have not attended NICS Training.docx |

Hello Curtis –

I am sorry it has taken me so long to respond, and that it is now after 5 on Friday, that I'm just now sending this brief note.

I am making a big sign for my desk to call you on Monday. I'll explain this document and our latest efforts.

Thanks,
Maury

_____

**Maury Mitchell**

**Alabama Law Enforcement Agency (ALEA)**

334-517-2411  Office

████████████  Cell

_____

**From:** Davis, Heather
**Sent:** Wednesday, February 21, 2018 10:12 AM
**To:** Mitchell, Maury ████████████████████████
**Subject:** List of Counties

Attached is the list of counties that have not attended a training and the training dates and locations.

*Heather Davis*

CJIS Services Division/ Investigative Compliance Unit

NICS Coordinator

Alabama Law Enforcement Agency
P.O Box  304115
301 South Ripley Street
Montgomery, AL 36104
████████████████  e-mail
334.517.████  direct line
.

ATF000043

# List of Counties that have *not* attended NICS Training

1.    **Washington – set to attend March 5th training**
2.    **Clarke – set to attend March 5th training**
3.    **Monroe – set to attend March 5th training**
4.    **Bibb**
5.    **Bullock – set to attend February 26th training**
6.    **Tallapoosa – set to attend February 26th training**
7.    **Lamar – hope to get them to attend April 9th training in**
8.    **Fayette - hope to get them to attend April 9th training**
9.    **Marion - hope to get them to attend April 9th training**
10.   **Lawrence - hope to get them to attend April 9th training**
11.   **Limestone - hope to get them to attend April 9th training**
12.   **DeKalb - hope to get them to attend April 9th training**
13.   **Cullman - hope to get them to attend April 9th training**
14.   **Cleburne – hope to get them to attend February 26th training**
15.   **Randolph - hope to get them to attend February 26th training**

**February 26th – Dadeville Fire Department**
**March 5th – Washington County SO**
**April 9th – Cullman County SO**

ATF000044

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Referral of Information

| PART I - REFERRAL | |
|---|---|
| 1. TO: *(Title, agency and address)*<br> ATF-ENFORCEMENT PROGRAMS AND SERVICES<br>THRU Deputy Assistant Director, Industry Operations<br>THRU DIrector of Indusrtry Operations, Nashville Field Division<br>99 New York Ave<br>5N-603<br>Washington, DC 20226 | REFERRAL NO. *(Optional)*<br>2018-0017 |
| | 2a. DATE   06/06/2018 |
| | 2b. UI<br>776015-2018-0001 |

The following information and attachment *(Check applicable box)* ☐ are sent to you as requested, ☐ are referred to you for consideration as potential criminal or civil violations coming under your jurisdiction.

COMPLETE FOR REFERRALS OR REQUESTS OUTSIDE ATF - This Referral *(Check applicable box)* ☐ DOES ☒ DOES NOT contain confidential returns or return information under 26 U.S.C. 6103.

COMPLETE IF APPLICABLE: This is a confirmation of a referral made *(Check applicable box)* ☐ by telephone ☐ in person on

3. NAME(S) OF PRINCIPALS INVOLVED IN POSSIBLE VIOLATION

Cullman County Sheriff's Office
Jackson County Sheriff's Office
Covington County Sheriff's Office
Lowndes County Sheriff's Office
Montgomery County Sheriff's Office
Bibb County Sheriff's Office
Limestone County Sheriff's Office

4. STATUTE(S) POSSIBLY VIOLATED

5. FEDERAL LICENSES AND/OR PERMITS HELD *(Type and number)*

| 6. ATF OFFICER UNCOVERING POTENTIAL VIOLATION<br>Jennifer MARKER | 7. POST OF DUTY<br>Birmingham II (IO) Field Office |
|---|---|

8. SUMMARY OF SIGNIFICANT FACTS AND/OR EXPLANATION OR DESCRIPTION OF ATTACHMENT *(Continue on a separate sheet, if necessary.)*

Printed By: G930JMA3 from: M930TN0050

**Received Time:** ████████████    **Source ORI:** ████████████

**Summary:** ████████████

 View Message Details

████████████████████████████████████████

---

**Received Time:** ████████████    **Source ORI:** ████████████

**Summary:** ████████████

 View Message Details

████████████████

**\*\*\*\*\* NOTICE:** DO NOT DETAIN OR ARREST BASED ON THIS HIT.  THE DATE OF
**NATIONAL INSTANT CRIMINAL BACKGROUND CHECK SYSTEM (NICS) DENIAL (DND)**
**PROVIDED IN THIS RECORD IS THE DATE THE SUBJECT WAS DENIED BY THE NICS FROM**
**THE RECEIPT AND/**OR THE POSSESSION OF A FIREARM OR THE ISSUANCE OF A FIREARM
**OR EXPLOSIVES PERMIT PURSUANT TO STATE AND/**OR FEDERAL LAW. HOWEVER, IT IS
**POSSIBLE THIS SUBJECT MAY NO LONGER BE A PROHIBITED PERSON.**

MKE/NICS DENIED TRANSACTION FILE



**\*\*\* THE INFORMATION DISPLAYED IN THIS RECORD IS A POSSIBLE MATCH TO THE**
**INDIVIDUAL QUERIED. THIS MATCH IS BASED ON NAME AND DESCRIPTIVE DATA ONLY.**
**NO LAW ENFORCEMENT ACTION SHOULD BE INITIATED BASED SOLELY ON THIS**
**INFORMATION.**

████████████████████

ATF000056

**Marker, Jennifer A.**

| | |
|---|---|
| **Subject:** | FW: AL pistol permits - NICS checks not being conducted prior to issuance in Alabama |
| **Attachments:** | Referral2016-0018 ███████ |

**From:** "Boydston, Kevin L." ███████████████████
**Date:** April 25, 2016 at 2:55:34 PM CDT
**To:** "Graham, Andy R." ████████████████
**Cc:** "Weitzman, Natalie L." ████████████████████, "Scott, Robert M." ████████████████

**Subject: FW: AL pistol permits - NICS checks not being conducted prior to issuance in Alabama**

Good afternoon Andy.

Just a heads-up.  Please see the below email string.  It looks like some of the PD's in Alabama are not running NICS checks prior to the issuance of a concealed weapons permit.  As you may recall, ATF recently reviewed Alabama's Permit to Carry a Pistol in a Vehicle or Concealed on a Person, and determined that the permit qualified as an alternative to NICS.  I don't know how widespread this may be, but it could become a problem. One of the IOI's in our Montgomery SO called the Alabama Attorney General's Office and made them aware of this problem.  As a result of that contact, the AG sent a letter out to 67 PD's in Alabama, worded below, advising them of the requirements.  As you can see, the AG's office was flooded with follow-up phone calls, some advising that they did not even have access to the NICS system.  Please share this information with whomever you deem appropriate.  Thanks.

*Kevin L. Boydston*
*DIO, Nashville Field Division*
*United States Department of Justice*
*Bureau of Alcohol, Tobacco, Firearms & Explosives*
*(615) 565-1267*
*(615) 565-1401(fax)*

**☆ ATF**  PROTECTING THE PUBLIC
SERVING OUR NATION

*Far better is it to dare mighty things, to win glorious triumphs, even though checkered by failure... than to rank with those poor spirits who neither enjoy nor suffer much, because they live in a gray twilight that knows not victory nor defeat.-Theodore Roosevelt*

NOTICE: This e-mail message and any attached files are intended solely for the use of the addressee(s) named above in connection with official business.  This communication may contain Sensitive But Unclassified information that may be statutorily or otherwise prohibited from being released without appropriate approval.  Any review, use, or dissemination of this e-mail message and any attached file(s) in any form outside of the Bureau of Alcohol, Tobacco, Firearms & Explosives or the Department of Justice without express authorization is strictly prohibited.

ATF000062

**From:** Weitzman, Natalie L.
**Sent:** Monday, April 25, 2016 1:03 PM
**To:** Boydston, Kevin L. █████████████████████
**Subject:** FW: AL pistol permits - NICS checks not being conducted prior to issuance in Alabama

Hi Kevin,

I spoke with Brett earlier this morning about a problem with the concealed carry permits in Alabama. It appears that many are not completing the criminal history checks properly prior to issuance. I wanted to let you know that it may become a serious issue since many of the FFLs are now accepting the permits in lieu of a conducting a NICS check. Since ATF issued the letter giving Alabama the exemption, I wasn't sure if this information needed to be passed on up the chain of command to see if they may want to take the exemption back. I know that when I was in Nevada they lost their exemption twice, but I wasn't sure how or why they lost it. If you need me to send this to anyone else or if additional information is needed, please let me know. Thank you

*Natalie Weitzman, Area Supervisor*
*Nashville FD/Mobile II (IO) FO*
*41 West Interstate 65 Service Road North, Suite 350*
*Mobile, AL 36608-1201*
*Direct: (251) 706-█████*
*Cell:* ████████████
*Fax: (251) 706-8541 or 8501*
*Main Office: (251) 706-8500*

*What would you do now if you knew You Could Not Fail... Now Go Do It.*
*R. H. S. (first part)*

**From:** Harris, Brett G.
**Sent:** Monday, April 25, 2016 11:42 AM
**To:** Weitzman, Natalie L. ████████████████████████
**Subject:** AL pistol permits

Natalie,

As we discussed, I've confirmed that the Sheriff of Convington County Alabama is not conducting NICS checks prior to issuing pistol permits. At least one convicted felon obtained a permit from Covington County and ATF SA Richie Carpenter confirmed the sheriff is not conducting NICS checks. After discovering this information I called my contact at the Alabama Attorney General's Office and made them aware of the problem. The AG's office sent the letter below to all 67 sheriffs on 3/12/16 reminding them of their requirement to conduct a NICS check prior to issuing a pistol permit. I received a call from the AG's Law Enforcement Coordinator a few days and was told that the AG's Office had been flooded with calls from sheriffs stating they didn't have access to NICS. So it appears this is a wide spread problem.

2

ATF000063

Dear Sheriffs,

My office was recently contacted by the United States Bureau of Alcohol Tobacco and Firearms (ATF) concerning Alabama Code Section 13A-11-75(6)(b), which covers the requirement to submit pistol permit applicant information to the National Instant Criminal Background Check System or NICS.

As you likely know, the NICS system has been the primary national background check system for firearms background checks since 1998. It was part of the Violence Prevention Act of 1993 and has proven effective in determining whether an individual is eligible to purchase firearms. This information is critical to you and your organization in issuing pistol permits pursuant to our state law.

It is important that your office use the NICS to conduct background checks for pistol permits. Although Alabama law allows you to use other resources in addition to NICS (such as LETS), these resources, if used, do not replace the NICS check that is required by the statute. Moreover, my office has reached an agreement with the ATF to allow certain holders of Alabama pistol permits to skip the NICS background check when they purchase firearms. That agreement depends on your office using NICS to conduct a background check for pistol permits as required by Alabama Code Section 13A-11-75(6)(b).

If you have any questions, or if we can help you in any way please don't hesitate to contact my law enforcement coordinator, Chris Carden, at ███████████.

**Brett Harris**
Bureau of Alcohol, Tobacco, Firearms, and Explosives
Industry Operations Investigator
Montgomery Satellite Office
Nashville Field Division
(O) 334-206-6060
(C) ████████████
(F) 334-206-6051
email ████████████████



3

ATF000064

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Referral of Information

## PART I - REFERRAL

| | |
|---|---|
| 1. TO: *(Title, agency and address)*<br>Luther STRANGE<br>State of Alabama Attorney General<br>Office of the Attorney General<br>501 Washington Avenue<br>Montgomery, AL 36104 | REFERRAL NO. *(Optional)*<br>2017-0002<br><br>2a. DATE   11/23/2016<br><br>2b. UI<br>776015-2017-0001 |

The following information and attachment *(Check applicable box)* ☐ are sent to you as requested, ☒ are referred to you for consideration as potential criminal or civil violations coming under your jurisdiction.

COMPLETE FOR REFERRALS OR REQUESTS OUTSIDE ATF - This Referral *(Check applicable box)* ☐ DOES ☒ DOES NOT contain confidential returns or return information under 26 U.S.C. 6103.

COMPLETE IF APPLICABLE: This is a confirmation of a referral made *(Check applicable box)* ☐ by telephone ☐ in person on

3. NAME(S) OF PRINCIPALS INVOLVED IN POSSIBLE VIOLATION

4. STATUTE(S) POSSIBLY VIOLATED

5. FEDERAL LICENSES AND/OR PERMITS HELD *(Type and number)*

| | |
|---|---|
| 6. ATF OFFICER UNCOVERING POTENTIAL VIOLATION<br>Jennifer MARKER | 7. POST OF DUTY<br>Birmingham II (IO) Field Office |

8. SUMMARY OF SIGNIFICANT FACTS AND/OR EXPLANATION OR DESCRIPTION OF ATTACHMENT *(Continue on a separate sheet, if necessary.)*

████████ entered ███████████████████ in ██████ AL ████ and attempted to purchase a firearm. ███████ completed the ATF Form 4473 which was delayed during the NICS check on ████████████████ then proceeded to the Jackson County Sherriff and was issued a concealed carry permit. ████████████ returned to █████████ with a State of Alabama Pistol License on ███████ in an attempt to purchase a firearm. ██████████ did not provide ████████ with a firearm because NICS provided a "Denied" response on ██████████████

The following queries were conducted on ██████████
- NCIC: ████████████████████████████████

- ANR: ████████████████████████
- NICS File: ████████████████████

During this investigation, it was disclosed the Jackson County Sherriff's Department is relying on an NCIC check to determine eligibility for a pistol permit. The Jackson County Sherriff's Department is not running a NICS check prior to the issuance of the permits.

| | |
|---|---|
| 9. ATF OFFICIAL APPROVING REFERRAL  *(Signature)*<br>Robert SCOTT | *Robert Scott* |
| 10. TITLE AND ADDRESS<br>Area Supervisor<br>Suite 237<br>920 18th Street North<br>Birmingham, AL 35203 | 11 TELEPHONE NO<br>(205) 583-5950 |

## PART II - RESPONSE *(See Instruction 4.)*

| | |
|---|---|
| 1. THE REFERRAL ABOVE IS ☐ ACCEPTED ☐ REJECTED *(Explain below)* ☐ OTHER *(Explain below)* | 2. DATE |

3. ACTION PLANNED OR TAKEN AND COMMENTS  *(Continue on a separate sheet, if necessary.)*

**From:** Lallensack, Kyle E.
**To:** Babbie, Lindsay W.
**Subject:** FW: Alabama Open Letter
**Date:** Tuesday, April 9, 2019 11:24:21 AM
**Attachments:** AL (Shelby) Permit Application.Alien_Info.pdf
AL (Madison) Permit Application.pdf
AL (Jefferson) Permit Application.pdf
AL (Shelby) Permit Application.pdf

**From:** Epstein, Eric M. ██████████████████
**Sent:** Friday, March 22, 2019 12:35 PM
**To:** Gilbert, Curtis ██████████████████ Paskalis, Anne Marie ██████████████████
**Cc:** Carlson, Krissy Y ██████████████████ Lallensack, Kyle E. ██████████████████
**Subject:** RE: Alabama Open Letter

I don't know what we reviewed in 2016 (and couldn't find a file on Alabama alternate permits in our database), but Ernie just sent me the attached application forms. Unlike Shelby and Madison counties, the Jefferson county permit application does not ask for alien number which is a prerequisite to run a NICS check.

- Eric

**Eric M. Epstein, Senior Policy Counsel (Firearms and Explosives)**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
**United States Department of Justice**
**99 New York Ave., NE, Room 6E-363**
**Washington, D.C.  20226**
**Tel:  202-648-████**
**Fax: 202-648-9620**

**From:** Gilbert, Curtis W. ██████████████████
**Sent:** Friday, March 22, 2019 11:44 AM
**To:** Epstein, Eric M. ██████████████████ ; Paskalis, Anne Marie ██████████████████
**Cc:** Carlson, Krissy Y ██████████████████ Lallensack, Kyle E. ██████████████████
**Subject:** Alabama Open Letter

Hey can we review the file for what documentation we reviewed prior to the issuance of the open letter?
I would like to know if we reviewed the form(s) that the State said would be used to obtain the identifying information on the applicant.  Today was the first I heard that each county may be utilizing various forms.

Thanks,
Curtis

ATF000102

Curtis W. Gilbert
Deputy Assistant Director
Enforcement Programs & Services
202-648-███  (Direct)
███████  (Cell)

ATF000103



### JEFFERSON COUNTY SHERIFF'S OFFICE
# PISTOL PERMIT APPLICATION
### STATE OF ALABAMA

Read the following carefully and provide complete and accurate information. It is a crime to make a false statement or report to law enforcement. (Title 13A-10-109, *Code of Alabama, 1975*). A criminal history background check will be conducted on each applicant.

Full Name: _____
            *Last*                *First*               *Middle*

Other Names You Have Been Known By: _____

County of residence: _____    Requesting permit for _____ years (may apply for up to five (5) years)

Physical Address: _____
    *Street Number*        *Apartment Number*        *Street Name*

_____
    *City*             *State*             *Zip Code*

Mailing Address: _____
    *Address*          *City*          *State*     *Zip Code*

Email Address: _____

Phone Numbers: _____
    *Home*               *Cell*

Are you a U.S. Citizen? ○ Yes  ○ No

Age: _____  Date of Birth: _____ / _____ / _____  Place of Birth: _____

Sex: _____ Male  _____ Female  Race: _____  Height: _____  Weight: _____  Hair Color: _____  Eye Color: _____

Driver's License Number: _____  Other State I.D.: _____
    *State*     *Number*             *State*   *Number*

Social Security Number: _____ - _____ - _____

○ Yes  ○ No  Have you ever had a pistol permit?  If so, where and when? _____
○ Yes  ○ No  Have you ever had a pistol permit revoked or denied?  If so, where and when? _____
○ Yes  ○ No  Have you ever been convicted of a crime?
○ Yes  ○ No  Are you now or have you ever been under an indictment?
○ Yes  ○ No  Are you now or have you ever been treated for a mental illness or substance abuse (drugs/alcohol)?
○ Yes  ○ No  Are you now or have you ever been under a restraining order to prevent endangering yourself or others?
○ Yes  ○ No  Are you awaiting trial as a defendant in any criminal case?
○ Yes  ○ No  Have you been found guilty by reason of mental illness in a criminal case?
○ Yes  ○ No  Have you been found not guilty in a criminal case by reasons of insanity or mental disease or defect?
○ Yes  ○ No  Have you been declared incompetent to stand trial in a criminal case?
○ Yes  ○ No  Have you asserted a defense in a criminal case of not guilty by reason of insanity or mental disease or defect?
○ Yes  ○ No  Have you been found not guilty by reason of lack of mental responsibility under the Uniform Code of Military Justice?
○ Yes  ○ No  Have you required involuntary outpatient treatment in a psychiatric hospital or similar treatment facility based on a finding that you are an imminent danger to yourself or to others?
○ Yes  ○ No  Have you required involuntary commitment to a psychiatric hospital or similar treatment facility for any reasons, including drug use?
○ Yes  ○ No  Have you been the subject of a prosecution or of a commitment or incompetency proceeding that could lead to a prohibition on the receipt or possession of a firearm under the laws of Alabama or the United States?

If you answered YES to any of the questions above, please use the space below to provide dates and places of arrests or treatment, charges, agency involved and dispositions.

_____

_____

I certify that my answers are true, complete and correct and I understand this application will be rejected if any information is found to be false or misleading.

Applicant's Signature: _____  Date: _____

**DO NOT WRITE BELOW THIS LINE – FOR OFFICIAL USE ONLY**

**APPROVED:** _____  **FEE FOR PERMIT $** _____

**DISAPPROVED:** _____  **AUTHORIZED SIGNATURE:** _____

**NCIC** _____  **ACJIC** _____  **NICS** _____  **TRANSACTION #** _____  **OTHER** _____

ATF000104  06.18.2013




STATE OF ALABAMA
# NOTICE OF DENIAL/REVOCATION
### FOR PISTOL PERMIT

_____

*Today's Date*

_____

*Name*

_____

*Address*

_____

*City*                    *State*            *Zip Code*

The above named individual submitted an application for a concealed pistol permit in _____
County, Alabama, on the _____ day of _____, 20_____.

The reason for denial of the pistol permit application or revocation of existing pistol permit is listed below.

☐ Having contacted available local, state, and federal criminal history data banks, including the National Instant Criminal Background Check System, it is determined that the above named applicant is prohibited from possession of a pistol or firearm pursuant to State or Federal law.

☐ There is a reasonable suspicion that the applicant/permit holder may use a weapon unlawfully.

☐ There is a reasonable suspicion that the applicant/permit holder will endanger himself/herself.

☐ There is a reasonable suspicion that the applicant/permit holder will endanger others.

The evidence upon which the denial/revocation is based is _____

_____

_____

_____

*Signature of Person Conducting Research*

_____

*Sheriff's Signature*                    *Date*

Attachments: ____Yes ____No

ATF000105    06.18.2013

**From:**      Lallensack, Kyle E.
**To:**        Babbie, Lindsay W.
**Subject:**   FW: Referral - Alabama - Non-Compliant NICS exception
**Date:**      Tuesday, April 9, 2019 11:30:23 AM
**Attachments:** Referral 2018-0017-Alabama Non-Compliant NICS exception.pdf
              image003.png

---

**From:** Lallensack, Kyle E.
**Sent:** Friday, June 22, 2018 1:55 PM
**To:** Carlson, Krissy Y.
**Subject:** FW: Referral - Alabama - Non-Compliant NICS exception

Krissy, to keep you in the loop. I discussed the attached with Curtis and he's reached out to his contact in the AL AG's office to see their thoughts on this issue. The transaction noted on the referral is concerning since the Sherriff went forward with issuing a permit after seeing a NICS denial file. I followed up with Steve and let him know Curtis is doing some follow up but that the open letter will likely not be impacted since it meets 922(t) requirements. Steve said he'd let us know if they find any more problems like this one.

---

**From:** Kolb, Steven A.
**Sent:** Thursday, June 21, 2018 2:17 PM
**To:** Lallensack, Kyle E.
**Subject:** FW: Referral - Alabama - Non-Compliant NICS exception

Hey Kyle! I hope all is well. I'm trying to remember if you owe me a beer when I visit again. (Kidding!) Would FIPB have any thoughts on this referral? I'm not sure if a letter should be sent to these particular counties in AL or whether ATF would want to take the position of removing AL permits as alternatives to NICS. The problem could be statewide. I can say that in South Carolina, when the South Carolina Law Enforcement Division (SLED) conducted a NICS check prior to issuing a denial meant the permit was denied. It appears that each county in AL issues its own permits.

**STEVEN A. KOLB**
**Director, Industry Operations**
**NASHVILLE FIELD DIVISION**
**Phone (615) 565-1267**
**Cell**

---

**From:** Patrick, M. Theresa
**Sent:** Friday, June 08, 2018 12:53 PM
**To:** Kolb, Steven A.
**Subject:** Referral - Alabama - Non-Compliant NICS exception

ATF 000118

**From:**     Lallensack, Kyle E.
**To:**       Babbie, Lindsay W.
**Subject:**  FW: pistol permit issues
**Date:**     Tuesday, April 9, 2019 11:27:26 AM
**Attachments:**

---

**From:** Lallensack, Kyle E.
**Sent:** Tuesday, December 18, 2018 2:09 PM
**To:** Gilbert, Curtis W.                                Carlson, Krissy Y
**Cc:** Kolb, Steven A.
**Subject:** FW: pistol permit issues

Curtis/Krissy, Steve forwarded this information as a follow up to a similar scenario he brought to our attention a couple of months back. Curtis, I believe at that time you had been communicating with the state on this problem. I don't know if this was addressed in these jurisdictions since but two felons were able to acquire firearms using state permits. It looks like these permits should have been denied if a NICS check had been done properly.

---

**From:** Kolb, Steven A.
**Sent:** Tuesday, December 18, 2018 1:45 PM
**To:** Lallensack, Kyle E.
**Subject:** FW: pistol permit issues

Hey Kyle! I remember we discussed this issue a few months ago. I believe we agreed that I forward these to you so Curtis can take a look.

**STEVEN A. KOLB**
**Director, Industry Operations**
**NASHVILLE FIELD DIVISION**
**Phone (615) 565-1267**
**Cell**

---

**From:** Butler, Annette T.
**Sent:** Thursday, December 13, 2018 11:19 AM
**To:** Pence, Austin M.
**Cc:** Kolb, Steven A.
**Subject:** pistol permit issues

Austin,

ATF 000151

The DIO asked that I generate this email related to the pistol permit issues I've encountered during this current inspection|⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼|

During an inspection of the licensee (currently open) I discovered two individuals who selected 'yes' to item 11c on the 4473; "have you ever been convicted of a felony or other crime for which you could be imprisoned for more than one year." Both individuals presented valid Jefferson County Conceal Carry Permits. I know they are valid because I checked with the Sheriff's Department. I spoke with P.J. Thompson who works in pistol permits and with her Supervisor, Ken Mosley of Jefferson County Sheriff's Department. The FFL accepted the pistol permits and transferred a handgun to each individual. The FFL says they did not notice the purchaser's had selected 'yes' on the prohibiting questions.

The first Form 4473|⎼⎼⎼⎼⎼⎼⎼| was discovered on|⎼⎼⎼⎼⎼⎼|. I proceeded to run a NICS E-check on|⎼⎼⎼⎼| and received a delay status. As of|⎼⎼⎼⎼⎼|, the status is still in delay|⎼⎼⎼⎼|. |⎼⎼⎼⎼⎼⎼⎼|) I also queried NCIC and received an|⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼|. The NLETS number only shows the previous charges|⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼| I then queried the ANR database for previous denials and|⎼⎼⎼⎼| was denied a handgun on|⎼⎼⎼⎼⎼⎼⎼⎼| Alacop/Alacourt was queried and results of the previous charges were located. |⎼⎼⎼| pled guilty to|⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼|⎼|, a felony. The disposition date of the felony conviction is|⎼⎼⎼⎼⎼⎼⎼|

The second Form 4473|⎼⎼⎼⎼⎼⎼⎼|⎼⎼⎼⎼⎼⎼⎼⎼| was discovered on|⎼⎼⎼⎼⎼⎼⎼| The purchaser had a valid conceal carry and was transferred a handgun by the FFL, even though he also had selected 'yes' to the Item 11c on the Form 4473. I proceeded to run a NICS E-check on 1|⎼⎼⎼⎼⎼| and received a delay status. As of today,|⎼⎼⎼⎼⎼| the status is still delay|⎼⎼⎼⎼⎼⎼⎼⎼⎼| I also queried NCIC and received an|⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼| The NLETS number only shows the previous charges|⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼| I then queried the ANR database for previous denials and found none. Alacop/Alacourt was queried and results of the previous charges were located. |⎼⎼⎼⎼|s pled guilty|⎼⎼⎼⎼⎼⎼⎼⎼⎼| and convicted of a first degree felony on|⎼⎼⎼⎼⎼|⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼|. I notified the Supervisor Ken Mosley on|⎼⎼⎼⎼⎼| of this second incident and I received a letter revoking|⎼⎼⎼⎼⎼| pistol permit (dated today 12/13/13.)

In both cases, the pistol permits were issued after felony convictions were entered. I have generated a Suspicious Activity Report on both individuals and a referral on each to the Jefferson County Sheriff's Department in Birmingham, Alabama. This morning I received one letter from the Sheriff's Department (dated today) 12/13/18 which shows|⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼⎼|' pistol permit as revoked (which basically means he just gets a letter saying it is revoked.) I haven't received a letter on|⎼⎼⎼⎼⎼| yet.

I am attaching the Forms 4473 and rap sheets.

Thank you,

ATF 000152

*Annette Butler, IOI*
*Bureau of ATF*
*Mobile II (Birmingham Satellite Office)*
*Cell*

ATF 000153

U.S. Department of Justice
Bureau of Alcohol, Tobacco,
Firearms and Explosives

*ATF Headquarters*

99 New York Avenue NE
Washington, DC 20226
www.atf.gov

October 24, 2018

Montgomery County Alabama Sheriff's Department
115 S Perry St
Unit N/A
Montgomery, Alabama 36104

ATTENTION: Sheriff Derrick Cunningham

Pursuant to the Bureau of Alcohol, Tobacco, Firearms and Explosives' (ATF) authority to regulate the firearms and explosives industry for the purposes of importing, manufacturing, and/or dealing in firearms and explosives (or importing or manufacturing ammunition) under Title 18 United State Code Sec. 923 and 843, we have discovered information pertaining to your authority to investigate, enforce, and/or regulate ordinances, codes, or regulations which may fall under your purview.

## Referral Details

Synopsis:
Prohibited Person with a Concealed Carry Permit

Dates of Occurrence(s): [        ]

Narrative:

[        ] ATF SIOI Greg Griffin was contacted by [        ] in Montgomery, AL advising of the following [        ] [        ] [        ] attempted to purchase a [        ] A subsequent NICS check was "Denied" [        ] then went to the Montgomery County (AL) Sheriff's Department and obtained a concealed carry pistol permit (CCP) [        ] then returned to [        ] and attempted to purchase the pistol again [        ] refused to allow the purcahse as she had already been denied [        ] then contacted SIOI Griffin [        ] SIOI Griffin contacterd the Montgomery County, AL Sheriff's Dept at 334-832-1335 and confirmed that [        ] had a valid CCP, number [        ] hat expires in [        ] SIOI Griffin then contacted Mr. Ernie Lintner, ATF Liason to NICS who advised that [        ] was denied for a felony conviction. Lintner further advised that even though [        ] [        ] felony conviction is still in force as a prohibitor from owning, possessing and purchasing firearms [        ] used the name of [        ] on the ATF Form 4473 but her AL Driver's License has her as [        ]

Research Conducted:

| Completed Date | Type | Description | Results |
|---|---|---|---|
| | | | |

If you have further questions or need more information in reference to this referral please contact:

**ATF**
Industry Operations Investigator: Gregory Griffin
Phone: 334-206-6052
Email [        ]
Reference Number: R-83

Sincerely yours,

Austin Pence
Area Supervisor

ATF000180

U.S. Department of Justice
Bureau of Alcohol, Tobacco,
Firearms and Explosives

*ATF Headquarters*

99 New York Avenue NE
Washington, DC 20226
www.atf.gov

December 13, 2018

Jefferson County Sheriff's Department
5300 Maryland Way
Unit N/A
Brentwood, Tennessee 37027

ATTENTION: Pistol Permits Department Ken Mosley

Pursuant to the Bureau of Alcohol, Tobacco, Firearms and Explosives' (ATF) authority to regulate the firearms and explosives industry for the purposes of importing, manufacturing, and/or dealing in firearms and explosives (or importing or manufacturing ammunition) under Title 18 United State Code Sec. 923 and 843, we have discovered information pertaining to your authority to investigate, enforce, and/or regulate ordinances, codes, or regulations which may fall under your purview.

### Referral Details

**Synopsis:**
Firearm purchaser selected 'yes' to prohibiting question and received a firearm.

**Dates of Occurrence(s):** 6/30/2018

**Narrative:**

During an inspection of █████████████████████, Alabama on ████████, IOI Butler discovered a Form 4473 completed by █████████████ in which the purchaser selected 'yes' to the prohibiting question, "have you ever been convicted of a felony?" The licensee continued with the transfer and accepted a Jefferson County Concealed Carry Permit issued on ████████ for a 5 year period and transferred the firearm ████████████████████████████.

IOI Butler conducted a NICS E-check on ████████████ on 1███ and received a delay █████████████.) IOI Butler began research of ████████ in NCIC, Alacop/Alacourt, E-trace and ANR. IOI Butler also contacted Jefferson County Sheriff Pistol Permits Section on ████████ and spoke with P.J. Thompson who confirmed the permit was valid. P.J. then asked to do some research of her own and call back IOI Butler. P.J. ████████████████████████████████d indicated she believes now the permit was issued in error and that ████████████ is indeed prohibited. As of ██████ the status of the NTN ran by IOI Butler is still in delay. All indications of NCIC, Alacourt and ANR are that ████████ is a convicted felon and therefore is a prohibited person in possession of a firearm.

P.J. indicated she will send ████████ letter indicating his conceal carry permit is being revoked.

**Research Conducted:**

| Completed Date | Type | Description | Results |
|---|---|---|---|
| ████████ | E Check | IOI NICS check ████████ | Delay status |
| ████████ | ANR-denials | Check ANR for denials, 1 found ████ denied | Denied ████████ |
| ████████ | Alacourt | Check of Alacop/Alacourt | Felony ██████████████ ████████████████ |

If you have further questions or need more information in reference to this referral please contact:

**ATF**
Industry Operations Investigator ; Annette Butler
Phone: 205-583-5989
Email: ████████████████
Reference Number: R-172

For additional information regarding the business associated with the referral, please contact:

████████████████

████████████

ATF000200



**U.S Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*ATF Headquarters*

99 New York Avenue NE
Washington, DC 20226
www atf gov

March 27, 2019

Russell County Sheriff's Office
305 Prentiss Dr
Unit N/A
Phenix City, Alabama 36869

ATTENTION: Sheriff Heath Taylor

Pursuant to the Bureau of Alcohol, Tobacco, Firearms and Explosives' (ATF) authority to regulate the firearms and explosives industry for the purposes of importing, manufacturing, and/or dealing in firearms and explosives (or importing or manufacturing ammunition) under Title 18 United State Code Sec. 923 and 843, we have discovered information pertaining to your authority to investigate, enforce, and/or regulate ordinances, codes, or regulations which may fall under your purview.

## Referral Details

Synopsis:

██████████████ is a convicted felon but possesses a Russell County pistol permit. She purchased a █████ from ████████████████████

Dates of Occurrence: ████████████

Narrative:

Research Conducted:

| Completed Date | Type | Description | Results |
|---|---|---|---|
| ██████ | NCIC | ████████████████ | felony conviction |
| ██████ | NICS check | | denied |

If you have further questions or need more information in reference to this referral please contact:

**ATF**
Industry Operations Investigator : Brett Harris
Phone:  334-206-6060
Email: ████████████████
Reference Number:  R-431

For additional information regarding the business associated with the referral, please contact:

████████████████

████████████████

ATF000218

Business Point of Contact(s)

Sincerely yours,


Austin Pence
Area Supervisor

ATF000219

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0020

**Firearms Transaction Record**

Transferor's/Seller's Transaction Serial Number (If any)

WARNING: You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises ("licensed premise includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). All entries must be handwritten in ink. "PLEASE PRINT."

### Section A - Must Be Completed Personally By Transferee/Buyer

1. Transferee's/Buyer's Full Name (If legal name contains an initial only, record "IO" after the initial. If no middle initial or name, record "NMN")

Last Name (___, Sr, II, III)) | First Name | Middle Name

2. Residence and Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

Number and Street Address | City | County | State | ZIP Code

| | | | A1 | |

3. Place of Birth

U.S. City and State | -OR- | Foreign Country | 4. Height | 5. Weight (Lbs.) | 6. Sex | 7. Birth Date |
| | | | | | | Month | Day | Year |

Social Security Number (Optional, but will help prevent misidentification) | 9. Unique Personal Identification Number (UPIN) if applicable (See Instructions for Question 9.)

10.a Ethnicity | 10.b. Race (In addition to ethnicity, one or more races may be answered.)

11. Answer the following questions by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person.** If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you. *Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. (See Instructions for Question 11.a.)* | ☑ | ☐ |
| b. | Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☑ |
| c. | Have you ever been convicted in any court of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☑ |
| d. | Are you a fugitive from justice? *(See Instructions for Question 11.d.)* | ☐ | ☑ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside.** | ☐ | ☑ |
| f. | Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☑ |
| g. | Have you been discharged from the Armed Forces under **dishonorable** conditions? | ☐ | ☑ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☑ |
| i. | Have you ever been **convicted** in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | · | ☑ |

12.a. Country of Citizenship: (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
☑ United States of America (U.S.A.)    ☐ Other Country/Countries (Specify):

| | | Yes | No |
|---|---|---|---|
| 12.b. | Have you ever renounced your United States citizenship? | ☐ | ☐ |
| 12.c. | Are you an alien **illegally** or **unlawfully** in the United States? | ☑ | ☐ |
| 12.d.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? *(See Instructions for Question 12.d.)* | ☐ | ☑ |
| 12.d.2. | If "yes", do you fall within any of the exceptions stated in the instructions? | ☐ | ☑ |
| 13. | If you are an alien, record your U.S.-Issued Alien or Admission number (AR#, USCIS#, or I94#): | ☑ N/A | ☐ | ☐ |

Previous Editions Are Obsolete
Page 1 of 6

Transferee/Buyer Continue to Next Page
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9)
Revised October 2016

ATF000227

I certify that my answers in Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.i and/or 12.b. through 12.c. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12.d.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 12.d.2. and provides the documentation required in 18.c. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law. *(See Instructions for Question 14.)*

| 14. Transferee's/Buyer's Signature | 15. Certification Date |
|---|---|
| ▮ | ▮ |

### Section B - Must Be Completed By Transferor/Seller

| 16. Type of firearm(s) to be transferred *(check or mark all that apply)*: | 17. If transfer is at a qualifying gun show or event: |
|---|---|
| ☑ Handgun ☐ Long Gun *(rifles or shotguns)* ☐ Other Firearm *(frame, receiver, etc. See Instructions for Question 16.)* | Name of Function: _____ City, State: _____ |

18.a. Identification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.)* *(See Instructions for Question 18.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* |
|---|---|---|
| AL DL | ▮ | ▮ |

18.b. Supplemental Government Issued Documentation *(if identification document does not show current ~~...~~)* ~~...instructions for~~ Question 18.b.) AL Russell County Pistol Permit ▮

18.c. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer ▮ documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473. *(See Instructions for Question 18.c.)*

### Questions 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 19, 20 and 21.)*

| 19.a. Date the transferee's/buyer's identifying information in Section A was transmitted to NICS or the appropriate State agency: | 19.b. The NICS or State transaction number *(if provided)* was: |
|---|---|
| Month | Day | Year | |

| 19.c. The response initially (first) provided by NICS or the appropriate State agency: | 19.d. The following response(s) was/were later received from NICS or the appropriate State agency: |
|---|---|
| ☐ Proceed ☐ Delayed *[The firearm(s) may be transferred on _____ if State law permits (optional)]* ☐ Denied ☐ Cancelled | ☐ Proceed _____ *(date)* ☐ Overturned ☐ Denied _____ *(date)* ☐ Cancelled _____ *(date)* ☐ No response was provided within 3 business days. |

19.e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: _____ *(date).* ☐ Proceed ☐ Denied ☐ Cancelled

| 19.f. The name and Brady identification number of the NICS examiner. *(Optional)* | 19.g. Name of FFL Employee Completing NICS check. *(Optional)* |
|---|---|
| _____ *(name)* _____ *(number)* | |

20. ☐ No NICS check was required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application. *(See Instructions for Question 20.)*

21. ☑ No NICS check was required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS. *(See Instructions for Question 21.)*

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| AL Russell County | ▮ | ▮ | ▮ |

### Section C - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section A, the transferee/buyer must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 22 and 23.)*

I certify that my answers to the questions in Section A of this form are still true, correct, and complete.

| 22. Transferee's/Buyer's Signature | 23. Recertification Date |
|---|---|
| | |

Transferor/Seller Continue to Next Page
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9)
Revised October 2016

ATF000228

**Section D - Must Be Completed By Transferor/Seller Even If The Firearm(s) is Not Transferred**

| 24. Manufacturer and Importer (If any) (If the manufacturer and importer are different, the FFL must include both.) | 25. Model (If Designated) | 26. Serial Number | 27. Type (See Instructions for Question 27.) | 28. Caliber or Gauge |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

**REMINDER - By the Close of Business Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

| 29. Total Number of Firearms Transferred (Please handwrite by printing e.g., zero, one, two, three, etc. Do not use numerals.) | 30. Check if any part of this transaction is a pawn redemption. |
|---|---|
| *One* | ☐ Line Number(s) From Question 24 Above: |
| 31. For Use by Licensee (See Instructions for Question 31.) *Sale* | 32. Check if this transaction is to facilitate a private party transfer. ☐ (See Instructions for Question 32.) |

33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number (Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)

**The Person Transferring The Firearm(s) Must Complete Questions 34-37.**
**For Denied/Cancelled Transactions, the Person Who Completed Section B Must Complete Questions 34-36.**

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections B and D is true, correct, and complete; and (3) this entire transaction record has been completed at my licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled, I further certify on the basis of — (1) the transferee's/buyer's responses in Section A (and Section C, if applicable); (2) my verification of the identification recorded in question 18 (and my re-verification at the time of transfer, *if Section C was completed*); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 34. Transferor's/Seller's Name (Please print) | 35. Transferor's/Seller's Signature | 36. Transferor's/Seller's Title *Sales* | 37. Date Transferred |
|---|---|---|---|

**NOTICES, INSTRUCTIONS, AND DEFINITIONS**

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See ATF Publication 5300.5, State Laws and Published Ordinances.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2.

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name of transferee) or chronological (by date of transferee's certification) order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections B and D. The transferee/buyer should only make changes to Section A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

**Exportation of Firearms:** The State or Commerce Departments may require a firearms exporter to obtain a license prior to export. **Warning:** Any person who exports a firearm without proper authorization may be fined not more than $1,000,000 and/or imprisoned for not more than 20 years. See 22 U.S.C. 2778(c).

**Section A**

The transferee/buyer must personally complete Section A of this form and certify (sign) that the answers are true, correct, and complete. However, if the transferee/buyer is unable to read and/or write, the answers (other than the signature) may be completed by another person, excluding the transferor/seller. Two persons (other than the transferor/seller) must then sign as witnesses to the transferee's/buyer's answers and signature/certification in question 14.

Page 3 of 6

ATF Form 4473 (5300.9)
Revised October 2016

ATF000229

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Referral of Information

**PART I - REFERRAL**

| 1. TO: *(Title, agency and address)* | REFERRAL NO. *(Optional)* |
|---|---|
| Bill FRANKLIN<br>Sheriff<br>Elmore County Sheriff's Dept.<br>8955 U.S. Highway 231<br>Wetumpka, AL 36092 | 2018-0015 |
| | 2a. DATE  12/15/2017 |
| | 2b. UI<br>776085-2018-0087 |

The following information and attachment *(Check applicable box)* ☐ are sent to you as requested, ☒ are referred to you for consideration as potential criminal or civil violations coming under your jurisdiction.

COMPLETE FOR REFERRALS OR REQUESTS OUTSIDE ATF - This Referral *(Check applicable box)* ☐DOES ☒DOES NOT contain confidential returns or return information under 26 U.S.C. 6103.

COMPLETE IF APPLICABLE: This is a confirmation of a referral made *(Check applicable box)* ☐by telephone ☐in person on 12/15/2017

3. NAME(S) OF PRINCIPALS INVOLVED IN POSSIBLE VIOLATION

███████████

4. STATUTE(S) POSSIBLY VIOLATED

| T13A-11-75 | Convicted Felon in Possession of a Concealed Carry Pistol Permit |
|---|---|
| T13A-11-81 | False information in applications for licenses, purchases, etc<br>No person shall, in purchasing or otherwise securing delivery of a pistol or in applying for a license to carry the same, give false information or offer false evidence of his identity. |

5. FEDERAL LICENSES AND/OR PERMITS HELD *(Type and number)*

| 6. ATF OFFICER UNCOVERING POTENTIAL VIOLATION<br>Greg GRIFFIN | 7. POST OF DUTY<br>Mobile II (IO) Field Office |
|---|---|

8. SUMMARY OF SIGNIFICANT FACTS AND/OR EXPLANATION OR DESCRIPTION OF ATTACHMENT *(Continue on a separate sheet, if necessary.)*

On 12/11/2017, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) senior Industry Operations investigator (SIOI) Greg Griffin was conducting a Burglary/Theft investigation a████████ located at █████████ SIOI Griffin noticed an ATF Form 4473, #██ dated ████████, to a █████████ who had answered, "Yes" to question 11.c. "…have you ever been convicted of a felony…"
██ was in possession of an Elmore County Concealed Carry Pistol Permit (CCP) issued by the Elmore County Sheriff's Dept. The permit's number was ████████ and expired ██/2018. ██ purchased a █████████████
██████████

Upon reviewing other ATF Form 4473's, SIOI Griffin noticed another 4473, #██ dated ████████, also to ████████ again had checked "yes" to question 11.c. "…have you ever been convicted of a felony…" Again, ██ had produced a CCP from Elmore County with the same number and expiration date as the one described above. ██ then purchased a █████████

On ████████, SIOI Griffin checked ████ n the AlaCop database and discovered tha██ was "flagged" as an ICE individual and possibly dangerous.
On ████████ SIOI Griffin checked ████ in the AlaCourt database and discovered that in ████████ had plead guilty to a felony charge of ███████████████████.
On 1████████, SIOI Griffin checked Cain in NCIC via OpenFox for a criminal history. The criminal history revealed that████ had been arrested in █████████████████████y ████████████, a felony.
On ████████, SIOI Griffin checked with Kristi Pullen of the Elmore County Sheriff's Dept. who confirmed that████CCP was valid and expires on ████████
On ████████ SIOI Griffin again contacted Kristi Pullen to assertion i████ had renewed his CCP, that had expired on

Pullen advised tha██ ██ had not renewed his CCP.
SIOI Griffin explained to Ms. Pullen the inaccurate reporting ████ felony conviction as described above and she would "flag" her file so ██ would not be able to renew or obtain another CCP.
Since the information in NCIC was erroneous, ██ was able to pass a NICS check to get his CCP.
This referral is being forwarded to Elmore County, AL Sheriff Bill Franklin for his information. (see Exhibit #1)
For further information please contact ATF SIOI Greg Griffin @████████████

ATF EF 5000.21 For Official Use Only

ATF000280 Page 1 of 2

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Referral of Information

## PART I - REFERRAL

| | |
|---|---|
| 1. TO: *(Title, agency and address)*<br>Andre BRUNSON<br>Sheriff<br>Macon County Sheriff's Department<br>246 Co Rd 10 Major Bernice Austin Dr.<br>Tuskegee, AL 36083 | REFERRAL NO. *(Optional)*<br>2018-0016<br><br>2a. DATE   03/09/2018<br><br>2b. UI ▮▮▮▮ |

The following information and attachment *(Check applicable box)* ☐ are sent to you as requested, ☒ are referred to you for consideration as potential criminal or civil violations coming under your jurisdiction.

COMPLETE FOR REFERRALS OR REQUESTS OUTSIDE ATF - This Referral *(Check applicable box)* ☐DOES ☒DOES NOT contain confidential returns or return information under 26 U.S.C. 6103.

COMPLETE IF APPLICABLE: This is a confirmation of a referral made *(Check applicable box)* ☐by telephone ☐in person on 03/09/2018

3. NAME(S) OF PRINCIPALS INVOLVED IN POSSIBLE VIOLATION

▮▮▮▮▮▮▮

4. STATUTE(S) POSSIBLY VIOLATED

| | |
|---|---|
| T13A-11-75 | Convicted Felon in Possession of a Concealed Carry pistol Permit |
| T13A-11-81 | False information in applications for licenses, purchases, etc. |

5. FEDERAL LICENSES AND/OR PERMITS HELD *(Type and number)*

| 6. ATF OFFICER UNCOVERING POTENTIAL VIOLATION<br>Greg GRIFFIN | 7. POST OF DUTY<br>Mobile II (IO) Field Office |
|---|---|

8. SUMMARY OF SIGNIFICANT FACTS AND/OR EXPLANATION OR DESCRIPTION OF ATTACHMENT *(Continue on a separate sheet, if necessary.)*

On ▮▮▮▮▮▮▮▮▮▮ owner of ▮▮▮▮▮▮▮▮▮, contacted Senior Industry Operations Investigator (SIOI) Greg Griffin of the Federal Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), in reference to a prohibited person attempting to purchase a firearm, utilizing a Concealed Carry Pistol Permit (CCP). ▮▮▮▮▮ forwarded to SIOI Griffin copies of the ATF Form 4473, driver's license, CCP and description of the firearm.
On ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ attempted to purchase an ▮▮▮▮▮▮▮▮▮▮ produced a Macon County, AL CCP ▮▮▮▮▮▮ that was issued on ▮▮▮▮▮▮
Since ▮▮▮▮ did not know ▮▮▮▮▮ and had never purchased a firearm from him before, ▮▮▮▮▮▮ conducted a NICS check.
The NICS check, ▮▮▮▮▮▮▮▮ received a "DENIED" response. The firearm was not transferred to ▮▮▮▮▮▮.
Upon SIOI Griffin checking the NICS database and OpenFox it was determined that ▮▮▮▮▮ has been convicted of multiple felonies in the state of ▮▮▮▮▮ and had served time in prison, including one parole revocation.
The NTN printout also revealed that ▮▮▮▮▮ was arrested by the ▮▮▮▮▮▮▮▮▮▮▮ for S▮▮▮▮▮▮▮▮
The AlaCourt database does not show this arrest nor disposition of the charge.
This referral is being sent to the Macon County Sheriff, Andre Brunson for retrieval of the CCP and possible criminal charges
For further information, contact SIOI Griffin at ▮▮▮▮▮▮▮▮▮

| 9. ATF OFFICIAL APPROVING REFERRAL   *(Signature)*<br>Austin PENCE | |
|---|---|
| 10. TITLE AND ADDRESS<br>Area Supervisor<br>Suite 3350<br>41 W. Interstate 65 Service Rd.<br>Mobile, AL 36608 | 11. TELEPHONE NO.<br>(251) 760-8500 |

## PART II - RESPONSE *(See Instruction 4.)*

| 1. THE REFERRAL ABOVE IS ☐ACCEPTED ☐REJECTED *(Explain below)* ☒OTHER *(Explain below)* | 2. DATE   03/19/2018 |
|---|---|

3. ACTION PLANNED OR TAKEN AND COMMENTS *(Continue on a separate sheet, if necessary.)*

ATF  EF 5000.21 For Official Use Only

ATF000282 Page 1 of 2

On 3/19/18, contact was made with Sheriff's office in regards to revoking subject ███████████

| 4. SIGNATURE Andre BRUNSON | 5. TITLE OF OFFICIAL Sheriff | |
|---|---|---|
| 6. ADDRESS 246 Co Rd 10 Major Bernice Austin Dr  Tuskegee, AL 36083 | | 7. TELEPHONE NO. |

COMPLETE FOR REFERRALS WITHIN ATF:  THIS RESPONSE IS ☐INTERIM ☐FINAL

ATF  EF 5000.21 For Official Use Only

ATF000283 Page 2 of 2

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Referral of Information

1. TO: *(Title, agency and address)*
Randy BROCK
Sheriff
Conecuh County Sheriff's Department
104 Liberty St.
Evergreen, AL 36401

2018-0019

The following information and attachment *(Check applicable box)* ☐ are sent to you as requested, ☒ are referred to you for consideration as potential criminal or civil violations coming under your jurisdiction.

COMPLETE FOR REFERRALS OR REQUESTS OUTSIDE ATF - This Referral *(Check applicable box)* ☐ DOES ☒ DOES NOT contain confidential returns or return information under 26 U.S.C. 6103.

COMPLETE IF APPLICABLE: This is a confirmation of a referral made *(Check applicable box)* ☐ by telephone ☐ in person on 04/19/2018

3. NAME(S) OF PRINCIPALS INVOLVED IN POSSIBLE VIOLATION

4. STATUTE(S) POSSIBLY VIOLATED

T13A-11-81  AL State Code

Section 13A-11-81

False information in applications for licenses, purchases, etc.

No person shall, in purchasing or otherwise securing delivery of a pistol or in applying for a license to carry the same, give false information or offer false evidence of his identity

Section 13A-11-84

Penalties; seizure and disposition of pistols involved in violations of certain sections.

(a) Every violation of subsection (a) of Section 13A-11-72 or Section 13A-11-81 shall be a Class C felony.

5. FEDERAL LICENSES AND/OR PERMITS HELD *(Type and number)*

| 6. ATF OFFICER UNCOVERING POTENTIAL VIOLATION | 7. POST OF DUTY |
|---|---|
| Greg GRIFFIN | Mobile II (IO) Field Office |

8. SUMMARY OF SIGNIFICANT FACTS AND/OR EXPLANATION OR DESCRIPTION OF ATTACHMENT *(Continue on a separate sheet, if necessary.)*

On ████████, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Senior Industry Operations Investigator (SIOI) received a telephone call from ████████. ████████████████████████████, located at ████████████████████████ ).

████████ stated that on ████████████████ attempted to purchase a ████████████ A subsequent NICS check received a "Delayed" response with an MDI date of ████████. On ████ NICS responded with a "Deny" response. (Exhibit #2)

On ████████ returned to ████████████ with a concealed carry pistol permit (CCP) issued by the Conecuh County Sheriff's Department, ████████.

████████ contacted SIOI Griffin for instructions on how to proceed.

SIOI Griffin told ████████ not to transfer the gun to ████, and to explain to ████ the NICS appeal process.

SIOI Griffin then told ████████ to fax a copy of the ATF Form 4473 (Exhibit #1) to Griffin.

On ████████, SIOI Griffin contacted the Conecuh County Sheriff's Department @ (251) 578-1260 and ascertained that the permit was issued on ████████ and was valid.

On ████████, SIOI Griffin accessed the NICS database (ANR) and researched denial # ████████ The denial was for a felony conviction ████████
A check on ████ criminal history through OpenFox revealed that in 2010 ████ plead guilty to one felony count of ████ ████████████████

████ descriptors are; ████████████ ; ████████████████ ; █

For more information, please contact ATF SIOI Greg Griffin @ ████████████████

| 9. ATF OFFICIAL APPROVING REFERRAL *(Signature)*<br>Austin PENCE | |
|---|---|
| 10. TITLE AND ADDRESS<br>Area Supervisor<br>Suite 3350<br>41 W. Interstate 65 Service Rd.<br>Mobile, AL 36608 | 11. TELEPHONE NO.<br>(251) 760-8500 |

| PART II - RESPONSE *(See Instruction 4.)* | | |
|---|---|---|
| 1. THE REFERRAL ABOVE IS ☐ ACCEPTED ☐ REJECTED *(Explain below)* ☒ OTHER *(Explain below)* | 2. DATE | 04/25/2018 |

3. ACTION PLANNED OR TAKEN AND COMMENTS *(Continue on a separate sheet, if necessary.)*

Contact made with Sheriff's office regarding subject. Sheriff will verifiy information and revoke CCPP

| 4. SIGNATURE<br>Randy BROCK | 5. TITLE OF OFFICIAL<br>Sheriff | |
|---|---|---|
| 6. ADDRESS<br>104 Liberty Street  Evergreen, AL 36401 | | 7. TELEPHONE NO. |

COMPLETE FOR REFERRALS WITHIN ATF:  THIS RESPONSE IS ☐ INTERIM ☐ FINAL

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Referral of Information

## PART I - REFERRAL

| 1. TO: *(Title, agency and address)* | REFERRAL NO. *(Optional)* |
|---|---|
| Luke IVERSEN<br>Resident Agent in Charge (RAC)<br>Bureau of Alcohol, Tobacco, Firearms and Explosives<br>920 18th Street North<br>Room 214<br>Birmingham, AL 35203 | 2017-0001 |
| | 2a. DATE   11/03/2016 |
| | 2b. UI |

The following information and attachment *(Check applicable box)* ☐ are sent to you as requested.  ☒ are referred to you for consideration as potential criminal or civil violations coming under your jurisdiction.

COMPLETE FOR REFERRALS OR REQUESTS OUTSIDE ATF - This Referral *(Check applicable box)* ☐ DOES ☒ DOES NOT contain confidential returns or return information under 26 U.S.C. 6103.

COMPLETE IF APPLICABLE: This is a confirmation of a referral made *(Check applicable box)* ☐ by telephone ☒ in person on

3. NAME(S) OF PRINCIPALS INVOLVED IN POSSIBLE VIOLATION

4. STATUTE(S) POSSIBLY VIOLATED

5. FEDERAL LICENSES AND/OR PERMITS HELD *(Type and number)*

| 6. ATF OFFICER UNCOVERING POTENTIAL VIOLATION<br>Eric CLEVELAND | 7. POST OF DUTY<br>Birmingham II (IO) Field Office |
|---|---|

8. SUMMARY OF SIGNIFICANT FACTS AND/OR EXPLANATION OR DESCRIPTION OF ATTACHMENT *(Continue on a separate sheet, if necessary.)*

On ███████████████████ entered ██████
█████████████ and attempted to purchase a firearm ████████ completed the ATF Form 4473 (Referral Exhibit 1) which was delayed during the NICS check on ███████████ then proceeded to the Jackson County Sherriff and was issued a concealed carry permit ██████████ returned to ████████ with a State of Alabama Pistol License on ███████████ in an attempt to purchase a firearm. ██████ did not provide ████ with a firearm because NICS provided a "Denied" response on ██████████ ██████████ contacted IOI Jennifer Marker to report the incident.

IOI Eric Cleveland conducted queries on ███████████ Below are the findings:

████████████████████████████████████████████ was convicted on
████████████████████████████████████████

- NICS File: Denied ████████████

During this investigation, it was disclosed the Jackson County Sherriff's Department is relying on an NCIC check to determine eligibility for a pistol permit. The Jackson County Sherriff's Department is not running a NICS check prior to the issuance of the permits.

| 9. ATF OFFICIAL APPROVING REFERRAL  *(Signature)*<br>Robert SCOTT | *Robert Scott* | ROBERT SCOTT<br>c=US, o=U.S. Government, ou=Dept of Justice, ou=ATF,<br>cn=ROBERT SCOTT,<br>0.9.2342.19200300.100.1.1=0000104999<br>2016.11.10 08:41:31 -06'00' | |
|---|---|---|---|
| 10. TITLE AND ADDRESS<br>Area Supervisor<br>Suite 237<br>920 18th Street North<br>Birmingham, AL 35203 | | | 11. TELEPHONE NO.<br>(205) 583-5950 |

## PART II - RESPONSE *(See Instruction 4.)*

| 1. THE REFERRAL ABOVE IS ☐ ACCEPTED ☐ REJECTED *(Explain below)* ☐ OTHER *(Explain below)* | 2. DATE |
|---|---|

3. ACTION PLANNED OR TAKEN AND COMMENTS *(Continue on a separate sheet, if necessary.)*

| 4. SIGNATURE | 5. TITLE OF OFFICIAL | |
| --- | --- | --- |
| 6. ADDRESS | | 7. TELEPHONE NO. |

COMPLETE FOR REFERRALS WITHIN ATF:  THIS RESPONSE IS ☐INTERIM ☐FINAL

ATF000293

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Referral of Information

---

### PART I - REFERRAL

| 1. TO: (Title, agency and address) | |
|---|---|
| Jamie SMITH<br>Acting Supervisor, Crime Gun Intelligence Group (CGIC)<br>Bureau of Alcohol, Tobacco, Firearms & Explosives<br>5300 Maryland Way Suite200<br>Brentwood, TN 37027 | REFERRAL NO. (Optional)<br>2018-0001<br><br>2a. DATE  11/16/2017<br><br>2b. UI ▇▇▇ |

The following information and attachment (Check applicable box) ☐ are sent to you as requested, ☒ are referred to you for consideration as potential criminal or civil violations coming under your jurisdiction.

COMPLETE FOR REFERRALS OR REQUESTS OUTSIDE ATF - This Referral (Check applicable box) ☐ DOES ☒ DOES NOT contain confidential returns or return information under 26 U.S.C. 6103.

COMPLETE IF APPLICABLE: This is a confirmation of a referral made (Check applicable box) ☐ by telephone ☐ in person on

3. NAME(S) OF PRINCIPALS INVOLVED IN POSSIBLE VIOLATION

▇▇▇▇▇

**4. STATUTE(S) POSSIBLY VIOLATED**

| | |
|---|---|
| 18 USC 922(a)(6) | Making False Statement on ATF Form 4473 |
| 18 USC 922 | Prohibited Person |

5. FEDERAL LICENSES AND/OR PERMITS HELD (Type and number)

▇▇▇     Dealer - 01 ▇▇▇

| 6. ATF OFFICER UNCOVERING POTENTIAL VIOLATION | 7. POST OF DUTY |
|---|---|
| John Woodruff | Birmingham II (IO) Field Office |

8. SUMMARY OF SIGNIFICANT FACTS AND/OR EXPLANATION OR DESCRIPTION OF ATTACHMENT (Continue on a separate sheet, if necessary.)

On or about ▇▇▇, employee of ▇▇▇ contacted Investigator John W. Woodruff reference a possible illegal purchaser of a firearm. ▇▇▇ furnished a copy of the ATF Form 4473, Alabama Foreign National Identification and Concealed Carry Permit (attached) used by the transferee. An individual using the name ▇▇▇, completed the ATF Form 4473. When completing the ATF Form 4473 the transferee, initially, left place of birth blank and stated that he is a United States citizen. The sales clerk, ▇▇▇, questioned him about the blank item. The transferee started to write ▇▇▇ then checked his identification noticed it was a foreign national Identification card. ▇▇▇, then asked the transferee for his "Green Card/U.S. issued Alien or Admission Identification." He replied that he left it at home. ▇▇▇ continued the transaction and sold the firearm ▇▇▇) to the transferee. Upon discovery of the circumstances of the transaction, ▇▇▇ contacted the transferee twice, via telephone, and requested he return to the store and correctly complete the ATF Form 4473. On each occasion, he promised he would comply but failed to do so.

The attached documents were furnished to Investigator Jeff Butler. He said the transferee was checked in all available databases with negative results for prohibiting information.

Investigator Woodruff contacted Customs and Border Protection reference the transferee and was told he is definitely not a U.S. Citizen.

The following individuals have been identified as living at the same address as the transferee:

▇▇▇

▇▇▇

9. ATF OFFICIAL APPROVING REFERRAL  *(Signature)*
Theresa PATRICK

10. TITLE AND ADDRESS

Area Supervisor
Suite 237
920 18th Street North
Birmingham, AL 35203

11. TELEPHONE NO.
(205) 583-5950

## PART II - RESPONSE *(See Instruction 4.)*

1. THE REFERRAL ABOVE IS ☐ ACCEPTED ☐ REJECTED *(Explain below)* ☐ OTHER *(Explain below)*

2. DATE

3. ACTION PLANNED OR TAKEN AND COMMENTS  *(Continue on a separate sheet, if necessary.)*

4. SIGNATURE

5. TITLE OF OFFICIAL

6. ADDRESS

7. TELEPHONE NO.

COMPLETE FOR REFERRALS WITHIN ATF:  THIS RESPONSE IS ☐ INTERIM ☐ FINAL

ATF  EF 5000.21 For Official Use Only

ATF000304 Page 2 of 2

OMB No. 1140-0020

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record

| WARNING: You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. | Transferor's/Seller's Transaction Serial Number *(If any)* |
|---|---|
| Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises *("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located)* unless the transaction qualifies under 18 U.S.C. 922(c). All entries must be handwritten in ink. "PLEASE PRINT." | ✓ |

## Section A - Must Be Completed Personally By Transferee/Buyer

1. Transferee's/Buyer's Full Name *(If legal name contains an initial only, record "IO" after the initial. If no middle initial or name, record "NMN".)*

| Last Name *(Including suffix (e.g., Jr, Sr, II, III))* | First Name | Middle Name |
|---|---|---|
| ■ | ■ | ■ |

2. Current State of Residence and Address  (U.S. Postal abbreviations are acceptable.  Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| ■ | ■ | ■ | AL | ■ |

| 3. Place of Birth | | 4. Height | 5. Weight (Lbs.) | 6. Sex | 7. Birth Date | | |
|---|---|---|---|---|---|---|---|
| U.S. City and State | -OR- Foreign Country | Ft. In. | ■ | ■ | Month | Day | Year |
| ■ | | | | | ■ | | |

8. Social Security Number *(Optional, but will help prevent misidentification)*     9. Unique Personal Identification Number *(UPIN)* if applicable *(See Instructions for Question 9.)*

| 10.a. Ethnicity | 10.b. Race *(In addition to ethnicity, select one or more race in 10.b.  Both 10.a. and 10.b. must be answered.)* |
|---|---|
| ■ | ■ |

11. Answer the following questions by checking or marking *"yes"* or *"no"* in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form?  Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person.  If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.  *Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer question 11.a. and may proceed to question 11.b. (See Instructions for Question 11.a.)* | ☒ | ☐ |
| b. | Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year?  *(See Instructions for Question 11.b.)* | ☐ | ☒ |
| c. | Have you ever been convicted in any court of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?  *(See Instructions for Question 11.c.)* | ☐ | ☒ |
| d. | Are you a **fugitive** from justice?  *(See Instructions for Question 11.d.)* | ☐ | ☒ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside.** | ☐ | ☒ |
| f. | Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution?  *(See Instructions for Question 11.f.)* | ☐ | ☒ |
| g. | Have you been discharged from the Armed Forces under **dishonorable** conditions? | ☐ | ☒ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner?  *(See Instructions for Question 11.h.)* | ☐ | ☒ |
| i. | Have you ever been **convicted** in any court of a misdemeanor crime of domestic violence?  *(See Instructions for Question 11.i.)* | ☐ | ☒ |

12.a. Country of Citizenship: *(Check/List more than one, if applicable.  Nationals of the United States may check U.S.A.)*
  ☒ United States of America *(U.S.A.)*     ☐ Other Country/Countries *(Specify)*:

| | | Yes | No |
|---|---|---|---|
| 12.b. | Have you ever renounced your United States citizenship? | ☐ | ☒ |
| 12.c. | Are you an alien **illegally** or **unlawfully** in the United States? | ☐ | ☒ |
| 12.d.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa?  *(See Instructions for Question 12.d.)* | ☐ | ☒ |
| 12.d.2. | If "yes", do you fall within any of the exceptions stated in the instructions? | ☒ N/A  ☐ | ☐ |

13. If you are an alien, record your U.S.-Issued Alien or Admission number *(AR#, USCIS#, or I94#)*:

| Previous Editions Are Obsolete | **Transferee/Buyer Continue to Next Page** | ATF Form 4473 (5300.9) |
|---|---|---|
| Page 1 of 6 | **STAPLE IF PAGES BECOME SEPARATED** | Revised October 2016 |

ATF000305

I certify that my answers in Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.i and/or 12.b. through 12.c. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12.d.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 12.d.2. and provides the documentation required in 18.c. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law. *(See Instructions for Question 14.)*

| 14. Transferee's/Buyer's Signature | 15. Certification Date |
|---|---|

## Section B - Must Be Completed By Transferor/Seller

16. Type of firearm(s) to be transferred *(check or mark all that apply):*

☒ Handgun    ☐ Long Gun *(rifles or shotguns)*    ☐ Other Firearm *(frame, receiver, etc. See Instructions for Question 16.)*

17. If transfer is at a qualifying gun show or event:

Name of Function: _____

City, State: _____

18.a. Identification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.)* *(See Instructions for Question 18.a.)*

Issuing Authority and Type of Identification: AL FN ID

Number on Identification: ███

Expiration Date of Identification *(if any)*
Month    Day    Year

18.b. Supplemental Government Issued Documentation *(if identification document does not show current residence address)* *(See Instructions for Question 18.b.)*

18.c. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "YES" to 12.d.2. the transferor/seller must record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473. *(See Instructions for Question 18.c.)*

### Questions 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 19, 20 and 21.)*

19.a. Date the transferee's/buyer's identifying information in Section A was transmitted to NICS or the appropriate State agency:

Month    Day    Year

19.b. The NICS or State transaction number *(if provided)* was:

19.c. The response initially (first) provided by NICS or the appropriate State agency was:

☐ Proceed    ☐ Delayed *[The firearm(s) may be transferred on ___ if State law permits (optional)]*
☐ Denied
☐ Cancelled

19.d. The following response(s) was/were later received from NICS or the appropriate State agency:

☐ Proceed ___ *(date)*    ☐ Overturned
☐ Denied ___ *(date)*
☐ Cancelled ___ *(date)*
☐ No response was provided within 3 business days.

19.e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: ___ *(date)*    ☐ Proceed    ☐ Denied    ☐ Cancelled

19.f. The name and Brady identification number of the NICS examiner. *(Optional)*

_____ *(name)*    _____ *(number)*

19.g. Name of FFL Employee Completing NICS check. *(Optional)*

20. ☐ No NICS check was required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application. *(See Instructions for Question 20.)*

21. ☒ No NICS check was required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS. *(See Instructions for Question 21.)*

Issuing State and Permit Type: AL Pistol License Jefferson    Date of Issuance *(if any)*: none    Expiration Date *(if any)*    Permit Number *(if any)*: ███

## Section C - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section A, the transferee/buyer must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 22 and 23.)*

I certify that my answers to the questions in Section A of this form are still true, correct, and complete.

| 22. Transferee's/Buyer's Signature | 23. Recertification Date |
|---|---|

Transferor/Seller Continue to Next Page
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9)
Revised October 2016

Page

ATF000306

## Section D – Must Be Completed By Transferor /Seller Even If The Firearm(s) is Not Transferred

| 24. Manufacturer and Importer (If any) (If the manufacturer and importer are different, the FFL must include both.) | 25. Model (if Designated) | 26. Serial Number | 27. Type (See Instructions for Question 27.) | 28. Caliber or Gauge |
|---|---|---|---|---|
| [redacted] | | | | |
| | | | | |
| | | | | |
| | | | | |

**REMINDER – By the Close of Business Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

| 29. Total Number of Firearms Transferred (Please handwrite by printing e.g., zero, one, two, three, etc. **Do not use numerals.**) *one* | 30. Check if any part of this transaction is a pawn redemption. ☐ Line Number(s) From Question 24 Above: |
|---|---|
| 31. For Use by Licensee (See Instructions for Question 31.) | 32. Check if this transaction is to facilitate a private party transfer. ☐ (See Instructions for Question 32.) |

33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number (Must contain at least first three and last five digits of FFL Number X-XX-XXXXX ) (Hand stamp may be used.)

[redacted]

## The Person Transferring The Firearm(s) Must Complete Questions 34-37.
## For Denied/Cancelled Transactions, the Person Who Completed Section B Must Complete Questions 34-36.

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections B and D is true, correct, and complete; and (3) this entire transaction record has been completed at my licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled, I further certify on the basis of — (1) the transferee's/buyer's responses in Section A (and Section C, if applicable); (2) my verification of the identification recorded in question 18 (and my re-verification at the time of transfer, *if Section C was completed*); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 34. Transferor's/Seller's Name (Please print) | 35. Transferor's/Seller's Signature | 36. Transferor's/Seller's Title *Sales* | 37. Date Transferred |
|---|---|---|---|
| [redacted] | [redacted] | | [redacted] |

## NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See ATF Publication 5300.5, State Laws and Published Ordinances.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2.

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name of transferee) or chronological (by date of transferee's certification) order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections B and D. The transferee/buyer should only make changes to Section A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

**Exportation of Firearms:** The State or Commerce Departments may require a firearms exporter to obtain a license prior to export. **Warning:** Any person who exports a firearm without proper authorization may be fined not more than $1,000,000 and/or imprisoned for not more than 20 years. See 22 U.S.C. 2778(c).

### Section A

The transferee/buyer must personally complete Section A of this form and certify (sign) that the answers are true, correct, and complete. However, if the transferee/buyer is unable to read and/or write, the answers (other than the signature) may be completed by another person, excluding the transferor/seller. Two persons (other than the transferor/seller) must then sign as witnesses to the transferee's/buyer's answers and signature/certification in question 14.

ATF Form 4473 (5300.9)
Revised October 2016

ATF000307





ATF000308

| | |
|---|---|
| **From:** | Epstein, Eric M. |
| **To:** | Anderson, Melissa A. |
| **Subject:** | FW: Alabama NICS audit |
| **Date:** | Friday, August 14, 2020 1:20:26 PM |
| **Attachments:** | CAU - AL Email Results Chart.docx |

fyi

-Eric

**Eric M. Epstein, Senior Policy Counsel (Firearms and Explosives)**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
**United States Department of Justice**
**99 New York Avenue, NE**
**Washington, D.C.  20026**
**Desk:  202-648** ▮▮▮
**Cell:** ▮▮▮▮▮▮

**From:** Epstein, Eric M.
**Sent:** Wednesday, April 3, 2019 3:51 PM
**To:** Ritt, Erika L. ▮▮▮▮▮▮▮▮
**Subject:** FW: Alabama NICS audit

fyi

**From:** Baker, Joseph M. (CJIS) (FBI)
**Sent:** Thursday, March 21, 2019 12:38 PM
**To:** Lallensack, Kyle E.
**Cc:** Wright, Joseph V. (CJIS) (FBI)
**Subject:** Alabama NICS audit

Kyle,

   How are you doing?  I wanted to check on your availability for a teleconference to discuss the Alabama NICS audit with Joe Wright (supervisor of NICS Business Relations Team) and myself.  The audit itself is not until the week of 29 April, but based on pre-audit responses we know of multiple counties **not** running tens of thousands of NICS checks but still issuing the ATF permit.  NICS and Audit are working on some angles to help improve the situation and we would like to bring ATF into the conversation as soon as possible.  We can arrange a teleconference at your convenience for tomorrow or almost any time next week.  Can you let me know your availability?  Of course, feel free to invite anyone on your side to the conversation.

   I have attached a summary of the audit manager's notes from the pre-audit for your review.  The second column is the number of permits they have advised they have issued.  The third column is number of permits the agencies believe were issued <u>without</u> a NICS check.

ATF000327

Thanks,
Mike


**Joseph "Mike" Baker**
**Supervisory MAPA**
**FBI – CJIS Division**
**CJIS Audit Unit – NICS Audit Team**
**Email** ███████████████
**Desk: 304-625**███████
**Cell** ████████████

ATF000328

ALABAMA NICS Audit

April 29-May 3, 2019

Preliminary EMAIL Replies

| Agency | # Issued since 08/01/13 | # No NICS √ | Date started NICS√ | Comments from agency regarding NICS |
|---|---|---|---|---|
| ALEA | | | | CSO |
| Covington County SO | | | | |
| Geneva County SO | 40433 | 40433 | 2013 | Claim they have NICS and 911 is conducting them |
| Henry County SO | 19503 | UNK | Winter 2017 | No comments given |
| Luverne PD | | | | AGENCY SELECTED FOR AUDIT B/C STATS SHOW NICS CHECKS? |
| **BETH** | | | | |
| Barbour County SO | UNK | UNK | UNK | Lack of training and poor communication from ACJIC. Blames previous "administration" on poor record keeping to answering Unknown. |
| Bullock County SO | | | | |
| Chambers County SO | 18000 | 6000 | 02/28/17 | Answered N/A as to why not conduct NICS checks on All |
| Chilton County SO | 26508 | 26508 | NEVER | In process of getting trained. 911 conducts CCH via NCIC. |
| Elmore County SO | 35040 | UNK | 11/01/16 | Agency claims "Catastrophic data loss from 06/14/14-12/07/15 unable to provide data" And Computer software in use does not generate information on if a NICS check was/was not conducted. |
| Lee County SO | | | | Tornado hit the area on 03/03/2019 |
| Macon County SO | | | | |
| Perry County SO | | | | |
| **CHERYL** | | | | |
| Choctaw County SO | 6444 | 3715 | 09/02/16 | No terminal in the office |
| Clarke County SO | UNK | UNK | NEVER | From 04/22/19 issued 7283 permits. Unknown prior due to new system implementation. |
| Dallas County SO | 17135 | 0 | 08/01/13 | (2018-17 stats show 705. Nothing ran in 2016 or 2015. |
| Greene County SO | 2726 | UNK | | Claim they have NICS. |
| Marengo County SO | 12679 | 12679 | 2018? | Claim they have NICS and are running them. |
| Sumter County SO | | | | |
| Washington County SO | 15105 | 0 | 2008? | |
| Wilcox County SO | | | | |
| Selma PD | | | | AGENCY SELECTED FOR AUDIT B/C STATS SHOW NICS CHECKS? |
| **MIKE** | | | | |
| Blount County SO | 53499 | 53128 | 02/06/19 | Unaware. Sheriff attended orientation this Feb. and was told. Began as soon as agency was authorized to use QNP. Attending class in Cullman on 03/20. |

ATF000329

| Agency | # Issued since 08/01/13 | # No NICS √ | Date started NICS√ | Comments from agency regarding NICS |
|---|---|---|---|---|
| Cherokee County SO | 5675 | 5675 | NEVER | No access and did not know it was required. |
| Clay County SO | 3749 | UNK | 11/20/15? | # is as of 11/20/15. System change 11/20/2015 would have to research amount to get exact totals back to 08/01/2013.  Claim they have and use NICS |
| Fayette County SO | 8000 | 8000 | 03/04/19 | Previous administration choose not to comply.  Now have employees NICS trained. |
| Lamar County SO | 6257 | UNK | 04/01/18 | Agency can only account for the past 4 years of permits.  Prior to 06/28/16 the permits were hand written.  A check was conducted on all new applicants and 90% of all renewals since 04/01/18 |
| Morgan County SO | 59268 | 59268 | NEVER | Do not have NICS Access.  Cannot access NICS. |
| Randolph County SO |  |  |  |  |
| Winston County SO | 7279 | UNK | April 2017 | Not use NICS due to proper training. |

Page 2

ATF000330

| | |
|---|---|
| **From:** | Epstein, Eric M. |
| **To:** | Gilbert, Curtis W. |
| **Subject:** | Re: Alabama NICS audit |
| **Date:** | Friday, March 22, 2019 10:47:39 AM |

███████████

Eric Epstein
Senior Policy Counsel

On Mar 22, 2019, at 10:46 AM, Gilbert, Curtis W. ████████████████████ wrote:

What is your cell

On Mar 22, 2019, at 10:46 AM, Epstein, Eric M. ███████████████ wrote:

Let me know if you want to post conference call.

- Eric

**Eric M. Epstein, Senior Policy Counsel (Firearms and Explosives)**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
**United States Department of Justice**
**99 New York Ave., NE, Room 6E-363**
**Washington, D.C.  20226**
**Tel:  202-648-███**
**Fax: 202-648-9620**

**From:** Lallensack, Kyle E. ████████████████
**Sent:** Friday, March 22, 2019 8:28 AM
**To:** Carlson, Krissy Y. ██████████████  Epstein, Eric M. ██████████████
**Cc:** Gilbert, Curtis W. ████████████████ ; Jacobs, Jonathan S. ████████████████
**Subject:** RE: Alabama NICS audit

Even if it's a litigation risk I think it is worth pursuing based on public safety.  It will take a while for this to get fixed by Alabama getting counties to run their permit holders.

**From:** Carlson, Krissy Y. ████████████████
**Sent:** Friday, March 22, 2019 8:19 AM
**To:** Epstein, Eric M. ████████████████

ATF000337

**Cc:** Gilbert, Curtis W. ███████████████████ ; Lallensack, Kyle E.
███████████████ ; Jacobs, Jonathan S.
███████████████
**Subject:** Re: Alabama NICS audit

Thank you!

I'd rather send the letter to highly recommend then to do nothing.  If something goes bad, a litigation risk is going to be the least of our concerns.

Krissy Y. Carlson
Division Chief, Firearms and Explosives Industry
Cell ███████████

On Mar 22, 2019, at 8:15 AM, Epstein, Eric M. ███████████████████
wrote:

> (Attorney client privileged communication)
>
> I don't disagree with the concept, ████████████
> ████████████████████████
> ████████████████████████
> ████████████████████████
> ████████████████████████
> ████████████████████████
> ████████████████████████
> ████████████████████████
> ████████████████████████
> ███████████████████
>
> ████████████████████████
> ████████████████████████
> ████████████████████████
> ████████████████████████
> ████████████████████████
> ████████████████████████
>
> Eric Epstein
> Senior Policy Counsel
>
> On Mar 22, 2019, at 8:00 AM, Carlson, Krissy Y.
> ███████████████████ wrote:
>
>> Good Morning!

ATF000338

I've been thinking about this.  In an effort to best serve public safety, I believe we need to immediately send the State of Alabama a letter informing them that due to their failure to abide by their our State statute we are rescinding our Open Letter and advising the FFLs to conduct a NICS check until 1) they have ran the 60,000 + identified backgrounds 2) revoked and received those that do not qualify and 3) proven they now have the ability to comply.

This can't be on us.

Krissy Y. Carlson
Division Chief, Firearms and Explosives Industry
Cell ▮▮▮▮▮▮▮▮▮▮

Begin forwarded message:

> **From:** "Baker, Joseph M. (CJIS) (FBI)" ▮▮▮▮▮▮▮▮▮▮▮▮
> **Date:** March 21, 2019 at 2:50:30 PM EDT
> **To:** "Gilbert, Curtis W. (ATF)" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
> **Cc:** "Lallensack, Kyle E. (ATF)" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
> "Carlson, Krissy Y. (ATF)" ▮▮▮▮▮▮▮▮▮▮▮▮
> **Subject: RE: Alabama NICS audit**
>
> Curtis,
>
>     Certainly, my oversite as a speech shortcut for the in-lieu of permits vs the state permits we deal with routinely.  Talk to you tomorrow.
>
> Thanks,
> Mike
>
> ---
>
> **From:** Gilbert, Curtis W.
> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

ATF000339

**Sent:** Thursday, March 21, 2019
2:26 PM
**To:** Baker, Joseph M. (CJIS) (FBI)

▮▮▮▮▮▮▮▮

**Cc:** Lallensack, Kyle E. (ATF)

▮▮▮▮▮▮▮▮

Carlson, Krissy Y. (ATF)

▮▮▮▮▮▮▮▮

**Subject:** RE: Alabama NICS audit

Hello Mike,

Thanks for the information and I am looking forward to discussing the situation further. Please refrain from referring to the state issued permits as ATF Permits, ATF does not issue permits this is a function of the state.

Thanks,
Curtis

Curtis W. Gilbert
Deputy Assistant Director
Enforcement Programs & Services
202-648-▮▮▮   (Direct)
▮▮▮▮▮   (Cell)

**From:** Lallensack, Kyle E.

▮▮▮▮▮▮▮▮

**Sent:** Thursday, March 21, 2019
1:34 PM
**To:** Carlson, Krissy Y.

▮▮▮▮▮▮▮▮ ; Gilbert,
Curtis W.

▮▮▮▮▮▮▮▮

**Subject:** FW: Alabama NICS audit

As we just discussed. I'll coordinate something for

ATF000340

tomorrow.

---

**From:** Baker, Joseph M. (CJIS) (FBI) ███████████████
**Sent:** Thursday, March 21, 2019 12:38 PM
**To:** Lallensack, Kyle E. ███████████████
**Cc:** Wright, Joseph V. (CJIS) (FBI) ███████████████
**Subject:** Alabama NICS audit

Kyle,

How are you doing?  I wanted to check on your availability for a teleconference to discuss the Alabama NICS audit with Joe Wright (supervisor of NICS Business Relations Team) and myself. The audit itself is not until the week of 29 April, but based on pre-audit responses we know of multiple counties **not** running tens of thousands of NICS checks but still issuing the ATF permit.  NICS and Audit are working on some angles to help improve the situation and we would like to bring ATF into the conversation as soon as possible.  We can arrange a teleconference at your convenience for tomorrow or almost any time next week. Can you let me know your availability?  Of course, feel free to invite anyone on your side to the conversation.

I have attached a summary of the audit manager's notes from the pre-audit for your review.  The second column is the number of permits they have advised they have issued.  The third column is number of permits the agencies believe

ATF000341

were issued <u>without</u> a NICS
check.


Thanks,
Mike


**Joseph "Mike" Baker**
**Supervisory MAPA**
**FBI – CJIS Division**
**CJIS Audit Unit – NICS**
**Audit Team**
**Email:** ▮▮▮▮▮▮
**Desk: 304-625-**▮▮
**Cell:** ▮▮▮▮

| | |
|---|---|
| **From:** | Epstein, Eric M. |
| **To:** | Ritt, Erika L. |
| **Subject:** | FW: Alabama NICS audit |
| **Date:** | Wednesday, April 3, 2019 4:17:00 PM |
| **Attachments:** | image001.png |
| | Referral 2018-0017-Alabama Non-Compliant NICS exception.pdf |

- Eric

**Eric M. Epstein, Senior Policy Counsel (Firearms and Explosives)**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
**United States Department of Justice**
**99 New York Ave., NE, Room 6E-363**
**Washington, D.C.  20226**
**Tel:  202-648-███**
**Fax: 202-648-9620**

**From:** Carlson, Krissy Y. ███████████████
**Sent:** Friday, March 22, 2019 9:56 AM
**To:** Epstein, Eric M. ███████████████; Lallensack, Kyle E. ████████████████
**Cc:** Gilbert, Curtis W. ████████████████; Jacobs, Jonathan S. ████████████████
**Subject:** RE: Alabama NICS audit

In case you haven't seen this.  Please see attached referral from the Nashville Field Division.  The Alabama IOIs have contacted the Alabama Attorney General's Office and forwarded them a referral.

*Krissy Y. Carlson*

Division Chief, Firearms and Explosives Industry Division

6.N-648

Direct:  (202) 648-███

Cell: ███████████



**From:** Epstein, Eric M. ████████████████
**Sent:** Friday, March 22, 2019 8:44 AM
**To:** Lallensack, Kyle E. ████████████████
**Cc:** Carlson, Krissy Y. ████████████████; Gilbert, Curtis W. ████████████████; Jacobs,

ATF000347

Jonathan S. ███████████████████

**Subject:** Re: Alabama NICS audit

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
██████████████████████████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████

Eric Epstein
Senior Policy Counsel

On Mar 22, 2019, at 8:28 AM, Lallensack, Kyle E. ███████████████████ wrote:

> Even if it's a litigation risk I think it is worth pursuing based on public safety.  It will take a while for this to get fixed by Alabama getting counties to run their permit holders.
>
> **From:** Carlson, Krissy Y. ███████████████
> **Sent:** Friday, March 22, 2019 8:19 AM
> **To:** Epstein, Eric M. ███████████████
> **Cc:** Gilbert, Curtis W. ███████████████ Lallensack, Kyle E. ███████████████ ; Jacobs, Jonathan S. ███████████████
> **Subject:** Re: Alabama NICS audit
>
> Thank you!
>
> I'd rather send the letter to highly recommend then to do nothing.  If something goes bad, a litigation risk is going to be the least of our concerns.
>
> Krissy Y. Carlson
> Division Chief, Firearms and Explosives Industry
> Cell ███████████
>
> On Mar 22, 2019, at 8:15 AM, Epstein, Eric M. ███████████████ wrote:
>
> > (Attorney client privileged communication)
> >
> > I don't disagree with the concept, ███████████████
> > ███████████████████████████████████

ATF000348



Eric Epstein
Senior Policy Counsel

On Mar 22, 2019, at 8:00 AM, Carlson, Krissy Y. ▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

> Good Morning!
>
> I've been thinking about this. In an effort to best serve public safety, I believe we need to immediately send the State of Alabama a letter informing them that due to their failure to abide by their our State statute we are rescinding our Open Letter and advising the FFLs to conduct a NICS check until 1) they have ran the 60,000 + identified backgrounds 2) revoked and received those that do not qualify and 3) proven they now have the ability to comply.
>
> This can't be on us.
>
> Krissy Y. Carlson
> Division Chief, Firearms and Explosives Industry
> Cell ▮▮▮▮▮▮▮▮▮
>
> Begin forwarded message:
>
>> **From:** "Baker, Joseph M. (CJIS) (FBI)"
>> ▮▮▮▮▮▮▮▮▮
>> **Date:** March 21, 2019 at 2:50:30 PM EDT
>> **To:** "Gilbert, Curtis W. (ATF)"
>> ▮▮▮▮▮▮▮▮▮
>> **Cc:** "Lallensack, Kyle E. (ATF)"
>> ▮▮▮▮▮▮▮▮▮▮▮▮▮, "Carlson, Krissy

Y. (ATF)" ███████████████████
**Subject: RE: Alabama NICS audit**

Curtis,

   Certainly, my oversite as a speech shortcut for the in-lieu of permits vs the state permits we deal with routinely.  Talk to you tomorrow.

Thanks,
Mike

---

**From:** Gilbert, Curtis W.
████████████████████████
**Sent:** Thursday, March 21, 2019 2:26 PM
**To:** Baker, Joseph M. (CJIS) (FBI)
████████████
**Cc:** Lallensack, Kyle E. (ATF)
████████████████████████; Carlson, Krissy
Y. (ATF) ████████████████
**Subject:** RE: Alabama NICS audit

Hello Mike,

Thanks for the information and I am looking forward to discussing the situation further. Please refrain from referring to the state issued permits as ATF Permits, ATF does not issue permits this is a function of the state.

Thanks,
Curtis


Curtis W. Gilbert
Deputy Assistant Director
Enforcement Programs & Services
202-648-███    (Direct)
████████    (Cell)

---

**From:** Lallensack, Kyle E.
████████████████████

ATF000350

**Sent:** Thursday, March 21, 2019 1:34 PM
**To:** Carlson, Krissy Y. ████████████████ ;
Gilbert, Curtis W. ████████████████ >
**Subject:** FW: Alabama NICS audit

As we just discussed.  I'll coordinate something for tomorrow.

---

**From:** Baker, Joseph M. (CJIS) (FBI)
████████████
**Sent:** Thursday, March 21, 2019 12:38 PM
**To:** Lallensack, Kyle E.
████████████████████
**Cc:** Wright, Joseph V. (CJIS) (FBI)
████████████
**Subject:** Alabama NICS audit

Kyle,

How are you doing?  I wanted to check on your availability for a teleconference to discuss the Alabama NICS audit with Joe Wright (supervisor of NICS Business Relations Team) and myself.  The audit itself is not until the week of 29 April, but based on pre-audit responses we know of multiple counties **not** running tens of thousands of NICS checks but still issuing the ATF permit.  NICS and Audit are working on some angles to help improve the situation and we would like to bring ATF into the conversation as soon as possible. We can arrange a teleconference at your convenience for tomorrow or almost any time next week.  Can you let me know your availability?  Of course, feel free to invite anyone on your side to the conversation.

I have attached a summary of the audit manager's notes from the pre-audit for your review.  The second column is the number of permits they have advised they have issued.  The third column is number of permits the agencies believe were issued <u>without</u> a NICS check.

Thanks,

ATF000351

Mike


**Joseph "Mike" Baker**
**Supervisory MAPA**
**FBI – CJIS Division**
**CJIS Audit Unit – NICS Audit Team**
**Email:** ███████████
**Desk: 304-625-**███
**Cell:** ███████

ATF000352

**From:**        Epstein, Eric M.
**To:**            Gross, Charles R.
**Cc:**            Roessner, Joel J.
**Subject:**   RE: Alabama Alternate Permits
**Date:**        Thursday, April 11, 2019 10:39:00 AM
**Attachments:**  Open Letter to Alabama Federal Firearms Licensees 4-11-19.docx
                    Letter to Alabama re Alternate Permits - 4-11-19.docx

█████████████████████████████████████████
████████████ .

Yes, EPS envisions sending out these letters before the audit begins the week of April 29th.

- Eric

**Eric M. Epstein, Senior Policy Counsel (Firearms and Explosives)**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
**United States Department of Justice**
**99 New York Ave., NE, Room 6E-363**
**Washington, D.C.  20226**
**Tel:  202-648-████**
**Fax: 202-648-9620**

**From:** Gross, Charles R. ████████████████
**Sent:** Thursday, April 11, 2019 9:33 AM
**To:** Epstein, Eric M. ████████████████
**Cc:** Roessner, Joel J. ███████████████
**Subject:** RE: Alabama Alternate Permits

Thank you Eric. ███████████████████████████ .  And do we envision sending this out before the April 20 meeting?

**From:** Epstein, Eric M. ██████████████
**Sent:** Wednesday, April 10, 2019 5:27 PM
**To:** Gross, Charles R. ████████████████
**Cc:** Roessner, Joel J. ███████████████
**Subject:** RE: Alabama Alternate Permits
**Importance:** High

Chuck and Joel.  In light of our earlier discussion, attached please find a revised draft letter to the State of Alabama and draft Open Letter to All Alabama Federal Firearms Licensees for your review and consideration.  Note that the paragraph in the Open Letter stating the legal requirements for alternate permits was taken from our standard Brady open letters.

Please also note that Curtis agrees with this approach.

ATF000353

Thanks,

- Eric

**Eric M. Epstein, Senior Policy Counsel (Firearms and Explosives)**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
**United States Department of Justice**
**99 New York Ave., NE, Room 6E-363**
**Washington, D.C.  20226**
**Tel:  202-648-███**
**Fax: 202-648-9620**

---

**From:** Gross, Charles R. ████████████████████
**Sent:** Wednesday, April 10, 2019 12:53 PM
**To:** Epstein, Eric M. ██████████████
**Cc:** Roessner, Joel J. ████████████████
**Subject:** RE: Alabama Alternate Permits

Eric:

████████████████████████████.

Chuck

---

**From:** Epstein, Eric M. ██████████████
**Sent:** Wednesday, April 10, 2019 12:20 PM
**To:** Gross, Charles R. ██████████████
**Cc:** Roessner, Joel J. ██████████████
**Subject:** Alabama Alternate Permits
**Importance:** High

Good afternoon - attached for your review and consideration is a draft letter to the State of Alabama advising of its non-compliance with the Brady law, and requiring they take a number of steps to avoid losing their alternative permit status.



I also recommend that, before we issue the letter, we notify the U.S. Attorney's Offices in Alabama.

Thanks,

- Eric

ATF000354

| **From:** | Epstein, Eric M. |
| **To:** | Richardson, Marvin G.; Gilbert, Curtis W. |
| **Cc:** | Carlson, Krissy Y.; Lallensack, Kyle E.; Lawrence, Rinell M. |
| **Subject:** | Letter to AL and FFL Open Letter re Alternative Permits |
| **Date:** | Friday, April 12, 2019 3:41:00 PM |
| **Attachments:** | Letter to Alabama re Alternate Permits - 4-12-19.docx |
| | Open Letter to Alabama Federal Firearms Licensees 4-12-19.docx |
| **Importance:** | High |

Good afternoon Marvin and Curtis -

Attached please find for your review and consideration a draft letter to the State of Alabama, and an Open Letter to All Alabama Federal Firearms Licensees.

Note that I discussed these letters with Associate Chief Counsel (Litigation) ███████████████

Please let me know if you want to further discuss.

- Eric

**Eric M. Epstein, Senior Policy Counsel (Firearms and Explosives)**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
**United States Department of Justice**
**99 New York Ave., NE, Room 6E-363**
**Washington, D.C.  20226**
**Tel:  202-648-████**
**Fax: 202-648-9620**

ATF000361

| | |
|---|---|
| **From:** | Epstein, Eric M. |
| **To:** | Carlson, Krissy Y.; Gilbert, Curtis W. |
| **Cc:** | Paskalis, Anne Marie |
| **Subject:** | RE: Alabama NICS audit |
| **Date:** | Thursday, April 18, 2019 2:25:00 PM |
| **Attachments:** | image001.png |
| | Letter to Alabama re Alternate Permits - 4-19-19.docx |
| | Open Letter to Alabama Federal Firearms Licensees 4-19-19.docx |

As revised.

- Eric

**Eric M. Epstein, Senior Policy Counsel (Firearms and Explosives)**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
**United States Department of Justice**
**99 New York Ave., NE, Room 6E-363**
**Washington, D.C.  20226**
**Tel:  202-648-▮▮▮▮**
**Fax: 202-648-9620**

**From:** Carlson, Krissy Y. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, April 18, 2019 2:17 PM
**To:** Epstein, Eric M. ▮▮▮▮▮▮▮▮▮▮▮▮ ; Gilbert, Curtis W. ▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Alabama NICS audit

I just recommend ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*Krissy Y. Carlson*

Division Chief, Firearms and Explosives Industry Division

6.N-648

Direct:  (202) 648-▮▮▮▮

Cell: ▮▮▮▮▮▮▮▮▮



**From:** Epstein, Eric M. ▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, April 18, 2019 1:27 PM
**To:** Gilbert, Curtis W. ▮▮▮▮▮▮▮▮▮▮▮▮▮ ; Carlson, Krissy Y. ▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** FW: Alabama NICS audit

ATF000397

**From:**     Epstein, Eric M.
**To:**       Gross, Charles R.
**Cc:**       Roessner, Joel J.
**Subject:**  FW: Alabama NICS Alternative Status
**Date:**     Friday, April 26, 2019 2:28:00 PM
**Attachments:**  image001.png

Chuck - █████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████████████

- Eric

**Eric M. Epstein, Senior Policy Counsel (Firearms and Explosives)**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
**United States Department of Justice**
**99 New York Ave., NE, Room 6E-363**
**Washington, D.C.  20226**
**Tel:  202-648-████**
**Fax: 202-648-9620**

**From:** Carlson, Krissy Y. ████████████████████
**Sent:** Friday, April 26, 2019 2:24 PM
**To:** Epstein, Eric M. ████████████████████; Lallensack, Kyle E. ████████████████████
Richardson, Marvin G. ████████████████████████; Gilbert, Curtis W. ████████████████
**Cc:** Paskalis, Anne Marie ████████████████████████
**Subject:** RE: Alabama NICS Alternative Status

Hi!

███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████

████████████████.  Additionally, CJIS' information to us is the main concern in
which we are writing these letters.

*Krissy Y. Carlson*

Division Chief, Firearms and Explosives Industry Division

6.N-648

Direct:  (202) 648-████

Cell: ████████████

ATF000406



**From:** Epstein, Eric M. ███████████████
**Sent:** Friday, April 26, 2019 2:16 PM
**To:** Carlson, Krissy Y. ████████████████ ; Lallensack, Kyle E. ████████████████ ;
Richardson, Marvin G ████████████████ Gilbert, Curtis W. ████████████████
**Cc:** Paskalis, Anne Marie ████████████████
**Subject:** RE: Alabama NICS Alternative Status
**Importance:** High

Good afternoon.  Sorry for the delay.  Chief Counsel Gross, and soon to be Chief Counsel, Joel Roessner, made a few edits to the Alabama letters.

I incorporated their changes into the attached 'clean' versions, and was able to get them approved by the CC and DCC.  Note that Chuck ████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████

I returned the file with the CC/DCC edits and final 'clean' copies to Kyle.

Have a great trip to Alabama!

- Eric

**Eric M. Epstein, Senior Policy Counsel (Firearms and Explosives)**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
**United States Department of Justice**
**99 New York Ave., NE, Room 6E-363**
**Washington, D.C.  20226**
**Tel:  202-648-███**
**Fax: 202-648-9620**

**From:** Carlson, Krissy Y. ████████████████
**Sent:** Friday, April 26, 2019 9:19 AM
**To:** Epstein, Eric M. ████████████████
**Cc:** Lallensack, Kyle E. ████████████████ ; Richardson, Marvin G.
████████████████ ; Gilbert, Curtis W. ████████████████
**Subject:** Re: Alabama NICS Alternative Status

ATF000407

Good Morning!

Just wanted to remind you that Kyle is joining NICS in their Alabama Audit on Monday.

Krissy Y. Carlson
Division Chief, Firearms and Explosives Industry
Cell █████████████

On Apr 25, 2019, at 1:57 PM, Epstein, Eric M. ███████████████████ wrote:

> Chuck has been busy attending the SES conference.  I may be able to check with him late this afternoon, or tomorrow morning.
>
> - Eric
>
> **Eric M. Epstein, Senior Policy Counsel (Firearms and Explosives)**
> **Bureau of Alcohol, Tobacco, Firearms and Explosives**
> **United States Department of Justice**
> **99 New York Ave., NE, Room 6E-363**
> **Washington, D.C.  20226**
> **Tel:  202-648-████**
> **Fax: 202-648-9620**
>
> ---
>
> **From:** Carlson, Krissy Y. ███████████████
> **Sent:** Thursday, April 25, 2019 1:19 PM
> **To:** Epstein, Eric M. ████████████
> **Cc:** Lallensack, Kyle E. ████████████████
> **Subject:** Re: Alabama NICS Alternative Status
>
> Hi!  What's the status on Chuck approving this letter?
>
> Krissy Y. Carlson
> Division Chief, Firearms and Explosives Industry
> Cell █████████████
>
> On Apr 23, 2019, at 12:33 PM, Epstein, Eric M. ████████████████ wrote:
>
>> Thanks Kyle.  I have initialed, and gave it to Chuck who is aware of it.
>>
>> - Eric
>>
>> **Eric M. Epstein, Senior Policy Counsel (Firearms and Explosives)**
>> **Bureau of Alcohol, Tobacco, Firearms and Explosives**
>> **United States Department of Justice**
>> **99 New York Ave., NE, Room 6E-363**
>> **Washington, D.C.  20226**

ATF000408

Tel: 202-648-█████
Fax: 202-648-9620

**From:** Lallensack, Kyle E. █████████████████
**Sent:** Tuesday, April 23, 2019 2:18 PM
**To:** Epstein, Eric M. ████████████████
**Cc:** Carlson, Krissy Y. ████████████████
**Subject:** Alabama NICS Alternative Status

Eric, I've attached a routing and transmittal slip along with the most recent digital copies I've been provided of the open letter to AL FFLs and letter to the AL AG. Both Krissy and I concur without further comment/edits. I will provide a chard copy of the routing and transmittal slip to you shortly.

Thanks,

Kyle Lallensack
Chief, FIPB
(202)648-█████ (office)
█████████ (cell)
<image001.jpg>

ATF000409

**From:**       Epstein, Eric M.
**To:**         Carlson, Krissy Y.
**Subject:**    RE: Alabama NICS Alternative Status
**Date:**       Friday, April 26, 2019 2:56:00 PM
**Attachments:** image001.png

Hi Krissy. ██████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

If you feel strongly about this issue, please have Marvin bring the matter to Chuck and Joe.

- Eric

**Eric M. Epstein, Senior Policy Counsel (Firearms and Explosives)**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
**United States Department of Justice**
**99 New York Ave., NE, Room 6E-363**
**Washington, D.C.  20226**
**Tel:  202-648-████**
**Fax: 202-648-9620**

**From:** Carlson, Krissy Y. ██████████████████████
**Sent:** Friday, April 26, 2019 2:24 PM
**To:** Epstein, Eric M. ██████████████████████ ; Lallensack, Kyle E. ██████████████████████ ;
Richardson, Marvin G. ██████████████████████ ; Gilbert, Curtis W. ██████████████████████
**Cc:** Paskalis, Anne Marie ██████████████████████
**Subject:** RE: Alabama NICS Alternative Status

Hi!

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████. Additionally, CJIS' information to us is the main concern in which we are writing these letters.

*Krissy Y. Carlson*

Division Chief, Firearms and Explosives Industry Division

6.N-648

Direct:  (202) 648-████

ATF000410

Cell: ███████████

**From:** Epstein, Eric M. ███████████████████
**Sent:** Friday, April 26, 2019 2:16 PM
**To:** Carlson, Krissy Y. ███████████████████; Lallensack, Kyle E. ██████████████████████;
Richardson, Marvin G. ██████████████████████; Gilbert, Curtis W. ███████████████████
**Cc:** Paskalis, Anne Marie ████████████████████████
**Subject:** RE: Alabama NICS Alternative Status
**Importance:** High

Good afternoon.  Sorry for the delay.  Chief Counsel Gross, and soon to be Chief Counsel, Joel Roessner, made a few edits to the Alabama letters.

I incorporated their changes into the attached 'clean' versions, and was able to get them approved by the CC and DCC.  Note that Chuck ████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████

I returned the file with the CC/DCC edits and final 'clean' copies to Kyle.

Have a great trip to Alabama!

- Eric

**Eric M. Epstein, Senior Policy Counsel (Firearms and Explosives)**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
**United States Department of Justice**
**99 New York Ave., NE, Room 6E-363**
**Washington, D.C.  20226**
**Tel:  202-648**████
**Fax: 202-648-9620**

**From:** Carlson, Krissy Y ████████████████████
**Sent:** Friday, April 26, 2019 9:19 AM
**To:** Epstein, Eric M. ███████████████████
**Cc:** Lallensack, Kyle E. ████████████████████████; Richardson, Marvin G.
████████████████████████; Gilbert, Curtis W. ████████████████████
**Subject:** Re: Alabama NICS Alternative Status

ATF000411

**From:** <u>Epstein, Eric M.</u>
**To:** <u>Ritt, Erika L.</u>
**Subject:** FW: Alabama Draft Letters
**Date:** Wednesday, May 22, 2019 2:15:00 PM

fyi

- Eric

**Eric M. Epstein, Senior Policy Counsel (Firearms and Explosives)**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
**United States Department of Justice**
**99 New York Ave., NE, Room 6E-363**
**Washington, D.C.  20226**
**Tel:  202-648-███**
**Fax: 202-648-9620**

**From:** Graham, Andrew R. ███████████████
**Sent:** Wednesday, May 22, 2019 12:34 PM
**To:** Epstein, Eric M. ██████████████
**Cc:** McMullan, William P. ████████████████████; Richardson, Marvin G. ██████████████████████; Paskalis, Anne Marie ████████████████████
**Subject:** RE: Alabama Draft Letters

Eric, thanks for the initial draft letters to the state of Alabama on their NICS alternative CCW permits. Once the Bureaus' position is finalized, I see no issue with sending an FFL alert to effected Alabama FFLs advising them of this development. Please advise and provide me a copy of the signed letter once finalized. Thank you.

Andrew R. Graham
Deputy Assistant Director (IO)
Desk# 202-648-███
Cell# ████████████
E-Mail: ██████████████████
ATF_logo_sigBlock jpg

**From:** Epstein, Eric M. ███████████████
**Sent:** Wednesday, May 22, 2019 11:15 AM
**To:** Graham, Andrew R. ████████████████
**Cc:** Paskalis, Anne Marie ████████████████████
**Subject:** FW: Alabama Draft Letters
**Importance:** High

ATF000433

Good morning Andy - here are the most recent drafts of the Alabama letters.  My understanding is that these are going to be issued soon.  In addition to posting these on our website (once signed), would be possible to do a short FFL alert advising Alabama FFLs that the concealed pistol permit is no longer a NICS alternative, and referencing the Public Safety Advisory letter posted on our website for further information?

Thanks,

- Eric

**Eric M. Epstein, Senior Policy Counsel (Firearms and Explosives)**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
**United States Department of Justice**
**99 New York Ave., NE, Room 6E-363**
**Washington, D.C.  20226**
**Tel:  202-648-█████**
**Fax: 202-648-9620**

ATF000434

OMB NO.1140-0089 (08-31-04)

## LETTER TO STATES WITH PERMITS THAT APPEAR TO QUALIFY AS ALTERNATIVES TO NICS CHECKS

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) has advised Federal firearms licensees in your State that certain permits to possess, acquire, or carry firearms qualify as exceptions to the background check requirements of the Brady law. The purpose of this letter is to remind States of the conditions set forth under Federal law for permits that qualify as Brady alternatives and to offer ATF's assistance in helping States ensure that these requirements are being met. So that we may more effectively assist you, we are asking each permit State to provide additional information to ATF regarding the issuance of qualifying permits.

### Background

The Brady law, 18 U.S.C. § 922(t), generally requires licensed importers, manufacturers, and dealers to initiate a background check through the National Instant Criminal Background Check System (NICS) before transferring a firearm to an unlicensed individual. While the Federal Bureau of Investigation (FBI) administers NICS, ATF is responsible for enforcing the provisions of § 922(t) and for advising licensees in order to ensure compliance with the requirements of the Brady law.

### Minimum Requirements for Permits Qualifying as Exceptions to the Background Check Requirements of the Brady Law

The Brady law and its implementing regulations provide certain exceptions to the NICS check requirement, including an exception applicable to holders of certain State permits to possess, carry, or acquire firearms. See 18 U.S.C. § 922(t)(3) and 27 C.F.R. § 478.102(d)(1). Permits issued within the past 5 years by the State in which the transfer is to take place may qualify as alternatives to a NICS check, as long as certain other requirements are satisfied. Most importantly, the law of the State must provide that such a permit is to be issued only after an authorized government official has verified that the information available to such official, including NICS results, does not indicate that possession or receipt of a firearm by the applicant would be in violation of Federal, State, or local law.

The permanent provisions of the Brady law took effect on November 30, 1998. Prior to that date, ATF sent open letters to licensees in each State, advising them whether State permits would qualify as alternatives to the background check required under the Brady law. ATF's recognition of certain permits granted by your State as Brady alternatives was based on assurances from your State that State law, regulations, and/or written policies required permit officials to conduct NICS checks prior to the issuance and renewal of these permits and, also, to deny a permit to anyone prohibited under Federal, State, or local law.

ATF000619

- 2 -

## Federal Prohibition on Possession of Firearms by Nonimmigrant Aliens

On February 5, 2002, ATF published temporary regulations implementing the statutory provisions prohibiting the possession or receipt of firearms by nonimmigrant aliens, subject to certain exceptions. In an open letter dated July 23, 2002, ATF advised the permit States that in order to satisfy the standards set forth in the Brady law and its implementing regulations, certain queries must be initiated for non-U.S. citizen applicants as part of the NICS check performed prior to the issuance of a qualifying permit. The steps for initiating these queries are set forth in the open letter, a copy of which is enclosed for your reference. The open letter explained that these additional steps were now considered an integral part of the NICS check for individuals who are not citizens of the United States. ATF explained that a NICS check that does not include the appropriate queries for non-U.S. citizens would not satisfy the standards set forth in ATF's regulations for qualifying permits.

Consequently, the July 23rd letter advised the permit States that in order to conduct a complete NICS check, the State had to solicit the following information from permit applicants: First, the issuing authority must determine if the applicant is a citizen of the United States. If the applicant is not a U.S. citizen, the issuing authority was instructed to obtain information about the applicant's country of citizenship, place of birth, and alien or admission number. Finally, if applicable, the issuing authority would have to determine the basis for the applicant's claimed exception from the nonimmigrant alien prohibition.

The letter recognized that it might take time to revise State permit application forms to obtain the necessary information from applicants who are not U.S. citizens. As an interim measure, ATF attached a document that States could use as an attachment to their permit application forms. The letter concluded by advising that ATF would be contacting the permit States in the near future to learn how they were complying with these new requirements.

## Ensuring Compliance with Requirements for Qualifying Permits

In the fall of 2002, ATF officials contacted the qualifying permit States, in order to verify their compliance with the procedures set forth in the July 23rd open letter. The results of that outreach program indicated a lack of consistency in the procedures used by the permit States to ensure that qualifying permits are not issued to individuals prohibited from possessing or receiving firearms under Federal, State, or local law. In particular, many States that issue qualifying permits had not yet amended their procedures to reflect the new requirements regarding nonimmigrant aliens.

Moreover, it appeared that although some States were taking all the necessary steps when they initially issued permits, they were not conducting a NICS check at the time of renewal. In order for a State's permits to qualify as a NICS alternative, NICS checks also must be conducted before renewal permits are issued.

ATF000620

- 3 -

Based on the results of this informal outreach to the permit States, ATF requires additional information from these States to effectively monitor their compliance with the requirements for qualifying permits specified in Federal law and regulations. Accordingly, we are asking that you send a written response to ATF, within 30 days of the date of this letter, explaining how your State licensing authority complies with the minimum requirements for qualifying permits under the Brady law and its implementing regulations. Conversely, if you believe that your State's procedures do not currently comply with these requirements, please indicate any remedial steps that your licensing authority plans to take to bring those procedures into compliance, as well as the anticipated date for achieving such compliance.

Responses to ATF should include the name(s) and contact information for the individual(s) responsible for ensuring that NICS checks are conducted prior to the issuance and renewal of all qualifying permits and confirmation that applications are denied if the applicant is prohibited from possessing or receiving firearms under Federal, State, or local law. In addition, the letter should specifically address how your State's procedures ensure, or soon will ensure, that qualifying permits are not issued to nonimmigrant aliens who are prohibited from possessing firearms under Federal law. In addition, please let us know if your permit application asks for place of birth from all persons, both U.S. citizens and non-U.S. citizens. Furthermore, please inform us if your State conducts a NICS check prior to renewing qualifying permits.

Finally, we ask that the reply set forth any steps that your State permit authorities are taking to determine if individuals with qualifying permits have subsequently incurred firearms disabilities. In other words, let us know if your State has a procedure that (1) would enable permit authorities to find out if the holder of a qualifying permit is convicted of a felony, or otherwise becomes prohibited from possessing or receiving a firearm and (2) would revoke the permits of such prohibited persons. Please note that current regulations do not require such a procedure as a condition for recognizing a permit as a Brady alternative.

Please send your responses to:  Mr. John Spurgeon
                                Chief, Firearms Programs Division
                                Bureau of Alcohol, Tobacco, Firearms and Explosives
                                650 Massachusetts Avenue, NW., Suite 7400
                                Washington, DC 20226

You also may fax your response to the attention of Mr. Spurgeon at 202-927-7685 or e-mail it to his attention at: FEA@ATF.GOV.

### Conclusion

ATF looks forward to continuing to work with your State to ensure that prohibited persons do not obtain qualifying permits that would enable them to bypass a background check under the Brady law. However, please be aware that if a State's permit authority is not able to meet the minimum requirements set forth under the Brady law and its implementing regulations, the permits issued by that State may no longer qualify as alternatives to a background check under the Brady law.

ATF000621

- 4 -

Thank you for your prompt attention to this important matter.  Please let us know if ATF may assist you in training your permit authorities on the requirements of the Federal firearms laws, or if you need further information on permit-related issues.  If you have any questions about this letter, you may contact the ATF Firearms Programs Division at (202) 927-7770.

Sincerely yours,

Lewis P. Raden
Assistant Director
(Firearms, Explosives and Arson)

Enclosure

Paperwork Reduction Act Notice:

This request is in accordance with the Paperwork Reduction Act of 1995.  The purpose of this information collection is to ensure that only State permits that meet the statutory requirements contained in the Gun Control Act (18 U.S.C. §§ 921-931) qualify as alternatives to a National Instant Criminal Background Check System Check.

The estimate average burden associated with this collection of information is 1 hour per respondent or recordkeeper, depending on individual circumstances.  Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be addressed to Reports Management Officer, Regulations and Procedures Division, Bureau of Alcohol, Tobacco, Firearms and Explosives, Washington, DC 20226.

An agency may not conduct or sponsor, and an individual is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

P: Roth/openlettertopermitstates.doc

ATF000622

Briefing Paper

## Permits that Qualify as Alternatives to a Background
## Check Under the Permanent Provisions of the Brady Law

ATF recently surveyed the States that issue permits that qualify as alternatives to a background check under the provisions of the Brady law. We determined that many of the permit States are not meeting the minimum criteria set forth under the law and the regulations. Some permit States are not doing NICS checks on permit renewals. Most of the permit States are not correctly implementing the prohibition on possession of firearms by nonimmigrant aliens. Finally, in many States in which the permit authority is decentralized, there is a lack of consistency in the practices of the judges or sheriffs responsible for conducting background checks and issuing permits, and there is little or no oversight over these officials.

The failure of many permit States to prevent prohibited persons from receiving qualifying firearms permits creates an unacceptable risk to public safety. It is ATF's responsibility to determine whether a permit qualifies as an alternative to a background check at the time of sale. Because ATF is now aware that many permit States are failing to comply with the criteria set forth in the laws and the regulations, we recommend that immediate action be taken to correct this problem. If necessary, ATF should revoke the qualifying status of permits issued by States that refuse to comply with these criteria.

### Background

The Brady law, 18 U.S.C. § 922(t), generally requires licensed importers, manufacturers, and dealers to initiate a background check through the National Instant Criminal Background Check System (NICS) before transferring a firearm to an unlicensed individual. While NICS is administered by the Federal Bureau of Investigation (FBI), ATF is responsible for enforcing the provisions of section 922(t), and advising licensees how to comply with the requirements of the Brady law.

The Brady law provides certain exceptions to the NICS check requirement, including an exception applicable to holders of certain State permits to possess, carry or acquire firearms. See 18 U.S.C. § 922(t)(3). The statute and implementing regulations provide that permits issued within the past five years by the State in which the transfer is to take place may qualify as alternatives to a NICS check, as long as certain other requirements are satisfied. Most importantly, the issuing authority must first initiate a background check through NICS, and must deny a permit to anyone prohibited from possessing firearms under Federal, State, or local law. See 27 C.F.R. § 178.102(d)(1).

The permanent provisions of the Brady law took effect on November 30, 1998. In the months before the effective date of the statute, ATF sent 56 separate open letters to Federal firearms licensees (FFLS) in 50 States, the District of Columbia, and 5 territories. Each letter advised FFLs how to comply with the requirements of the permanent provisions of the Brady law. For example, the letters set forth whether FFLs should

ATF000623

- 2 -

directly contact the FBI for a NICS check, or whether their State was acting as a Point of Contact (POC) for NICS checks. The letters also specifically advised FFLs whether the permits in their State or territory qualified as alternatives to a NICS check under permanent Brady. Finally, since ATF had decided to "grandfather" permits that qualified under the interim provisions of the Brady law, the letters advised FFLs in certain States that while their permits no longer qualified as Brady alternatives, permits in their States that were issued prior to November 30, 1998 would continue to qualify as Brady alternatives for the life of the permit.

### Nonimmigrant Alien Prohibition

On February 5, 2002, ATF published temporary regulations implementing the statutory provisions prohibiting the possession or receipt of firearms by nonimmigrant aliens. These regulations took effect on February 19, 2002. At the same time, the Justice Department implemented new procedures for contacting the Immigration and Naturalization Service (INS) in connection with a NICS check for individuals who were not citizens of the United States.

In an open letter dated July 23, 2002, ATF advised the permit states that in order to satisfy the standards set forth in the Brady law and its implementing regulations, the States must include the INS query for non-citizens as part of the NICS check performed prior to the issuance of a qualifying permit. The letter stated that a NICS check that does not include such a query would not satisfy the standards set forth in ATF's regulations for qualifying permits.

The open letter gave specific advice to the permit states as to the three options available for initiating INS queries for non-citizens. The letter reminded the permit States that their permit application forms must solicit certain mandatory information from applicants who are not U.S. citizens, including the applicant's country of citizenship, place of birth, and INS-issued alien or admission number. In addition, if the applicant claims to be a nonimmigrant alien who is exempt from the prohibition on possession of firearms under Federal law, the State must obtain information about the basis for the claimed exemption.

ATF recognized that many States do not currently obtain this information on their permit application forms, and that it may take some time to revise those forms in order to include this information. Accordingly, as an interim measure, ATF distributed a document that States might choose to use as an attachment to their permit application forms. Use of the optional attachment would ensure that the States obtained all the necessary information from non-citizen applicants. The open letter concluded by saying that ATF would be contacting each permit State in the near future to learn how the State was planning to comply with these requirements.

ATF000624

- 3 -

## Survey of Permit States

ATF determined that it was necessary to contact all the permit States, to ensure that the States were complying with current criteria for recognition as permit alternatives, and to determine whether there was a need to amend current regulations to impose more stringent requirements. Accordingly, in October and November of 2002, ATF's field offices contacted the permit authorities in each permit State, and asked them to provide answers to several questions set forth in a survey.

The results of the survey initiative were very disturbing. Each of these States had advised ATF in 1998 that their permit procedures complied with the minimum standards set forth in our regulations for qualifying permits. In particular, these States had committed to doing NICS checks for all permit applicants, and to disqualifying any applicant whose receipt of a firearm would violate Federal, State, or local law. Yet, two States (Indiana and Nevada) advised ATF in 2002 that they were not running *any* NICS checks at all for permits. Several other respondents (Arkansas, Texas, the U.S. Virgin Islands, and Utah) indicated they were not conducting NICS checks on permit renewals.

The failure to initiate NICS checks in connection with each permit is of course the most serious problem uncovered by the survey. However, the survey also revealed serious inconsistencies in the way that the laws are interpreted. In some cases, State law might specifically provide that persons prohibited under Federal law are ineligible for permits; however, the permits are issued by judges or sheriffs who make their own decisions about interpreting the results of the NICS check. The lack of consistency and oversight in those decentralized States creates major problems, and ATF has heard many anecdotes from such States involving individuals who attempted to purchase firearms from FFLs, were denied after a NICS check was conducted, and then returned the next day with a brand new concealed weapons permit from the State.

Finally, the survey confirmed that few of the permit States have amended their application forms in order to obtain the necessary information from applicants who are not U.S. citizens. Without this information, a complete NICS check cannot be conducted. Furthermore, if the State does not advise NICS that the individual is not a citizen, the INS query will not be run. Thus, unless the States amend their forms and procedures to fully comply with the new requirements for nonimmigrant aliens, there is a real possibility of prohibited persons obtaining qualifying permits that enable them to avoid a NICS check at the time of sale.

## GAO Report

In July of 2002, the General Accounting Office (GAO) issued a Report, GAO-02-720, entitled "Gun Control: Opportunities to Close Loopholes in the National Instant Criminal Background Check System." One of the issues on which the report focused was the possibility that persons who obtained permits might subsequently incur firearms disabilities. For example, a person who obtained a permit in 2001 might be convicted of a misdemeanor crime of domestic violence in 2002. The Brady law does not require

ATF000625